## CERTIFICATE OF SERVICE

I Douglas Hirsch hereby certify that, on March 12, 2014, I served a copy of the Honorable Laura Taylor Swain's February 28, 2014 Initial Conference Order by electronic mail upon Defendant Sumanta Banerjee's last known e-mail address at sbaner@gmail.com. A copy of the Initial Conference Order was also served, on March 14, 2014, on Defendant Sumanta Banerjee by placing in a federal express depository for international service to Defendant Sumanta Banerjee's last known address in India at:

Sumante Banerjee
58/1 Ballygunje Circular Road
Kolkata 700019
West Bengal, India

I also certify that, on March 14, 2014, I placed a copy of the Initial Conference Order in a federal express depository for international service to the Indian Central Authority at:

Central Authority
The Ministry of Law and Justice
Department of Legal Affairs
Room No. 439A, 4th Floor
A-Wing, Shastri Bhawan
New Delhi – 110001
India

/s/ Douglas R. Hirsch
Douglas R. Hirsch, Esq.