# EXHIBIT B

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:12−cv−11643−GAO

Tuckerbrook Alternative Investments, LP, v. Banerjee
Assigned to: Judge George A. OToole, Jr
Demand: $75,000
Cause: 28:1330 Breach of Contract

Date Filed: 09/04/2012
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Tuckerbrook Alternative Investments, LP**

represented by **Sean T. Carnathan**
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive
Suite 104
Burlington, MA 01803
781−359−9002
Fax: 781−359−9001
Email: scarnathan@ocmlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sumanta Banerjee**

represented by **Sumanta Banerjee**
58/1 Ballygunje Circular Rd
Kolkata, West Bengal 700019
India
PRO SE

**Counter Claimant**

**Sumanta Banerjee**

represented by **Sumanta Banerjee**
(See above for address)
PRO SE

V.

**Counter Defendant**

**Tuckerbrook Alternative Investments, LP**

represented by **Sean T. Carnathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2012 | 1 | COMPLAINT against Sumanta Banerjee Filing fee: $ 350, receipt number 0101−4097064 (Fee Status: Filing Fee paid), filed by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Civil Cover Sheet, # 2 category sheet)(Carnathan, Sean) (Entered: 09/04/2012) |
| 09/04/2012 | 2 | NOTICE of Case Assignment. Magistrate Judge Jennifer C. Boal assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge which can be downloaded here. These documents will be mailed to counsel not receiving notice electronically. (Abaid, Kimberly) (Entered: 09/04/2012) |
| 09/04/2012 | 3 | Summons Issued as to Sumanta Banerjee. **Counsel receiving this notice electronically should download this summons, complete one for each** |

| | | |
|---|---|---|
| | | defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service. (Geraldino–Karasek, Clarilde) (Entered: 09/04/2012) |
| 10/26/2012 | 4 | MOTION to Deem Service of Process Effectuated by Tuckerbrook Alternative Investments, LP. (Attachments: #1 Exhibit Exhibit 1, #2 Exhibit Exhibit 2)(Carnathan, Sean) (Entered: 10/26/2012) |
| 10/26/2012 | 5 | AFFIDAVIT in Support re 4 MOTION to Deem Service of Process Effectuated . (Attachments: #1 Exhibit Exhibit A, #2 Exhibit Exhibit B, #3 Exhibit Exhibit C)(Carnathan, Sean) (Entered: 10/26/2012) |
| 12/11/2012 | 6 | ELECTRONIC NOTICE of Reassignment. Judge George A. OToole, Jr added. (Abaid, Kimberly) (Entered: 12/11/2012) |
| 04/03/2013 | 7 | ELECTRONIC NOTICE of Hearing. Status Conference set for 4/8/2013 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/03/2013) |
| 04/08/2013 | 8 | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference held on 4/8/2013. Answer to be served within 21 days. Motion to Deem Service of Process 4 is GRANTED. Motions terminated: 4 MOTION to Deem Service of Process Effectuated filed by Tuckerbrook Alternative Investments, LP. (Court Reporter: Marcia Patrisso at 617–737–8728.)(Attorneys present: For Plaintiff: Sean Carnathan) (Lyness, Paul) (Entered: 04/09/2013) |
| 04/29/2013 | 9 | MOTION to Dismiss, MOTION to Vacate ( Responses due by 5/13/2013) by Sumanta Banerjee. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3 and 4, #4 Exhibit 5,6, and 7)(Danieli, Chris) (Entered: 04/29/2013) |
| 05/08/2013 | 10 | Opposition re 9 MOTION to Dismiss MOTION to Vacate *Order Deeming Service of Process Effectuated* filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 05/08/2013) |
| 05/24/2013 | 11 | Judge George A. OToole, Jr: ORDER entered denying 9 Motion to Dismiss; denying 9 Motion to Vacate (Lyness, Paul) (Entered: 05/24/2013) |
| 06/21/2013 | 12 | Copy re 3 Summons Issued, 9 MOTION to Dismiss MOTION to Vacate, 5 Affidavit in Support, 1 Complaint, 11 Order on Motion to Dismiss, Order on Motion to Vacate, 4 MOTION to Deem Service of Process Effectuated , 10 Opposition to Motion, and Docket Sheet mailed to Sumanta Banerjee on 6/21/2013. (Danieli, Chris) (Entered: 06/21/2013) |
| 06/21/2013 | 13 | MOTION for Entry of Default *Under Red. Rule Civ. P. 55(A)* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 06/21/2013) |
| 07/03/2013 | 14 | MOTION for Extension of Time to File Answer re 1 Complaint, by Sumanta Banerjee.(Lyness, Paul) (Entered: 07/03/2013) |
| 07/11/2013 | 15 | Opposition re 14 MOTION for Extension of Time to File Answer re 1 Complaint, filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 07/11/2013) |
| 07/22/2013 | 16 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 14 Motion for Extension of Time to Answer re 1 Complaint. Answer due no later than 8/16/2013. (Danieli, Chris) (Entered: 07/22/2013) |
| 07/22/2013 | 17 | Paper Copy of NEF re 16 Order on Motion for Extension of Time to Answer mailed to Sumanta Banerjee on 7/22/2013. (Danieli, Chris) (Entered: 07/22/2013) |
| 08/09/2013 | 18 | MOTION to Reassign the Judge by Sumanta Banerjee. (Attachments: #1 Exhibit 1, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C)(Danieli, Chris) (Entered: 08/09/2013) |
| 08/12/2013 | 19 | Opposition re 18 MOTION to Reassign Case filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 08/12/2013) |

| 08/15/2013 | 20 | REPLY to Response to 18 MOTION to Reassign Case filed by Sumanta Banerjee. (Attachments: # 1 Exhibit 1)(Danieli, Chris) (Entered: 08/15/2013) |
|---|---|---|
| 08/16/2013 | 21 | ANSWER to 1 Complaint, with Jury Demand, COUNTERCLAIM against Tuckerbrook Alternative Investments, LP by Sumanta Banerjee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Danieli, Chris) (Entered: 08/16/2013) |
| 09/06/2013 | 22 | MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 09/06/2013) |
| 09/06/2013 | 23 | AFFIDAVIT in Support re 22 MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* . (Attachments: # 1 Exhibit Exh A, # 2 Exhibit Exh B)(Carnathan, Sean) (Entered: 09/06/2013) |
| 09/20/2013 | 24 | Opposition re 22 MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* filed by Sumanta Banerjee. (Attachments: # 1 Exhibit A)(Danieli, Chris) (Entered: 09/23/2013) |
| 10/17/2013 | 25 | Mail Returned as Undeliverable. Mail sent to Sumanta Banerjee in re dkt. no. 12 Copy re 3 Summons Issued, 9 MOTION to Dismiss MOTION to Vacate, 5 Affidavit in Support, 1 Complaint, 11 Order on Motion to Dismiss, Order on Motion to Vacate, 4 MOTION to Deem Service of Process Effectuated, 10 Opposition to Motion, and Docket Sheet mailed to Sumanta Banerjee on 6/21/2013. (Danieli, Chris) (Entered: 10/17/2013) |
| 11/13/2013 | 26 | MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 11/13/2013) |
| 11/13/2013 | 27 | AFFIDAVIT in Support re 26 MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* . (Carnathan, Sean) (Entered: 11/13/2013) |
| 11/27/2013 | 28 | Opposition re 26 MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* filed by Sumanta Banerjee. (Attachments: # 1 Exhibit A, # 2 Affidavit)(Danieli, Chris) (Entered: 12/02/2013) |
| 03/25/2014 | 30 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. The plaintiff's motion for entry of default (dkt. no. 13 ) is DENIED. See docket numbers 16 and 21 . The defendant's motion to reassign the judge (dkt. no. 18 ) is DENIED. (Danieli, Chris) (Entered: 03/25/2014) |