

**SadisGoldberg**LLP

www.sglawyers.com

September 11, 2014

**VIA ECF and EXPRESS MAIL**

The Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Sadis & Goldberg, LLP v. Sumanta Banerjee</u>, Docket No. 14-cv-00913(LTS)(AJP)

Dear Judge Swain:

      We represent the plaintiff in the above-referenced matter.  Pursuant to your Order dated September 8, 2014, please find proof of service of a copy of the Order on defendant, Sumanta Banerjee, sent via email and FedEx for International Service.

               Respectfully submitted,

               Michelle Tanney, Esq.

# EXHIBIT A



**SadisGoldberg**LLP

www.sglawyers.com

September 11, 2014

**VIA EMAIL AND INTERNATIONAL MAIL**
Mr. Sumanta Banerjee
58/1 Ballygunje Circular Road
Kolkata 700019
West Bengal, India
sbaner@gmail.com

                    Re:     Sadis & Goldberg, LLP v. Sumanta Banerjee
                            14-cv-0913 (LTS)(AJP)

Mr. Banerjee:

        Enclosed, please find, for service upon you, a copy of the Honorable Laura Taylor
Swain's September 9, 2014 Order granting Plaintiff's request to file a motion for default
judgment against you in the above-referenced matter.

                            Very truly yours,

                            Michelle Tanney, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 9 2014

SADIS & GOLDBERG, LLP,

       Plaintiff(s),

   -v-                                      No.  14CV0913-LTS-AJP

SUMANTA BANERJEE,

       Defendant.                   ORDER

-----------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on July 7, 2014, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, and the Court having determined that an investigation of the factual basis of the allegations of the complaint herein pursuant to Fed. R. Civ. P. 55(b)(2) is appropriate, it is hereby

       ORDERED, that the plaintiffs may make a motion for a default judgment; and it is further

       ORDERED, that the plaintiffs' motion must be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiffs must serve a copy of this Order on defendant and file proof of such service within fourteen (14) days from the date hereof.

       Dated: New York, New York
           September 8, 2014

                             LAURA TAYLOR SWAIN
                             United States District Judge

DEFPROVE.FRM    Version 9/8/14

## Michelle Tanney

| | |
|---|---|
| **From:** | Michelle Tanney |
| **Sent:** | Thursday, September 11, 2014 1:43 PM |
| **To:** | sbaner@gmail.com |
| **Subject:** | Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-0913 |
| **Attachments:** | Service of Judge Swain's 9-9 Order (00263996).PDF |

Mr. Banerjee:

Attached, please find, for service upon you, a copy of the Honorable Laura Taylor Swain's September 9, 2014 Order granting Plaintiff's request to file a motion for default judgment against you in the above-referenced matter.

Very truly yours,

Michelle Tanney

**Michelle N. Tanney | Sadis & Goldberg LLP | Associate | Email:** mtanney@sglawyers.com **| www.sglawyers.com**

551 Fifth Avenue, 21st Floor, New York, New York 10176| **Tel:** (212) 573-6672 | **Fax:** (212) 573-6673 |

This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system.

**Michelle Tanney**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | sbaner@gmail.com |
| **Sent:** | Thursday, September 11, 2014 1:43 PM |
| **Subject:** | Relayed: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-0913 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

sbaner@gmail.com (sbaner@gmail.com)

Subject: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-0913

1

**FedEx.**    Shipment Receipt

## Address Information

| Ship to: | Ship from: |
|---|---|
| Sumanta Banerjee | Michelle Tanney, Esq. |
| | pg, para |
| | Sadis & Goldberg LLP |
| 58/1 Ballygunje | 551 Fifth Avenue |
| Circular Road | |
| | 21st Floor |
| KOLKATA, WB | New York, NY |
| 700019 | 10176 |
| IN | US |
| 2125736675 | 2125738426 |

## Shipment Information:

Tracking no.: 771124233710
Ship date: 09/11/2014
Estimated shipping charges: 0.00

## Package Information

Pricing option:
Service type: International Economy
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:

Bill transportation to: SadisNY-902
Bill duties/taxes/fees to: Recipient
Your reference:  S-G.Col / Banerjee
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.