

February 19, 2015

**VIA ECF AND FIRST CLASS MAIL**

The Hon. Laura Taylor Swain
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Docket No. 14-cv-00913 (LTS)(AJP)

Dear Judge Swain:

    We represent the plaintiff in the above-referenced matter. Pursuant to your Order dated January 6, 2015, please find proof of service on defendant of (1) copy of the January 6th Order and (2) the Declaration of Michelle Tanney in Further Support of Plaintiff's Request for an Inquest by Affidavit dated February 18, 2015, with annexed Exhibits. Service on defendant was made via email and FedEx for International Service.

                                              Respectfully submitted,

                                              Michelle Tanney, Esq.