# EXHIBIT A

**FedEx.**   Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Sumanta Banerjee | Michelle Tanney, Esq. pg, para |
| | Sadis & Goldberg LLP |
| 581 Ballygunje Circular Road | 551 Fifth Avenue |
| | 21st Floor |
| KOLKATA, WB | New York, NY |
| 700019 | 10176 |
| IN | US |
| 2125736675 | 2125738426 |

**Shipment Information:**
Tracking no.: 772942060494
Ship date: 02/18/2015
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Economy
Package type: FedEx Box
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: SadisNY-902
Bill duties/taxes/fees to: Recipient
Your reference:  S-G.Banerjee
P.O. no.: Order & MT Declaration
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Michelle Tanney

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, February 18, 2015 8:44 PM |
| **To:** | Michelle Tanney |
| **Subject:** | Tendered to FedEx |

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# This shipment is scheduled to be sent on 02/18/2015.

See "Preparing for Delivery" for helpful tips

Tracking # 772942060494

Ship (P/U) date:
**Wednesday, 2/18/15**

**MICHELLE TANNEY, ESQ.**
**PG, PARA**
SADIS GOLDBERG LLP
NEW YORK, NY 10176
US


Picked up

Estimated delivery date:
**Tuesday, 2/24/15 by 8:00 PM**

**SUMANTA Banerjee**
581 BALLYGUNJE CIRCULAR ROAD
KOLKATA, WB 700019
IN

## Shipment Facts

| | |
|---|---|
| **Tracking number:** | 772942060494 |
| **Purchase order number:** | Order & MT Declaration |
| **Reference:** | S-G.Banerjee |
| **Service type:** | FedEx International Economy |
| **Packaging type:** | FedEx Box |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

## Won't be in?

You may be able to hold your delivery at a convenient FedEx World

1

Service Center or FedEx Office location for pick up. Track your
shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:43 PM CST on 02/18/2015.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

Estimated delivery displayed above is not valid for money-back guarantee or delay claim purposes. Shipments delayed because of customs or other regulatory delays are not subject to refund or credit under FedEx Money-Back Guarantee Policy. Please see FedEx Service Guide for terms and conditions of service, including FedEx Money-Back Guarantee. For more information, please contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.

## Michelle Tanney

| | |
|---|---|
| **From:** | Michelle Tanney |
| **Sent:** | Wednesday, February 18, 2015 2:50 PM |
| **To:** | sbaner@gmail.com |
| **Subject:** | Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913 |
| **Attachments:** | Judge Swain's Order Granting Default Judgment (00273722).PDF |

Mr. Banerjee:

Please find enclosed, for service upon you, Judge Swain's Order dated February 6, 2015, granting Plaintiff's Motion for Default Judgment in the above-referenced action.

A copy has also been deposited in the mail for serviced via USPS for international service.

Thank you,

Michelle Tanney

**Michelle N. Tanney | Sadis & Goldberg LLP | Associate | Email:** mtanney@sglawyers.com **| www.sglawyers.com**

551 Fifth Avenue, 21st Floor, New York, New York 10176| **Tel:** (212) 573-6672 | **Fax:** (212) 573-6673 |

This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system.

**Michelle Tanney**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | sbaner@gmail.com |
| **Sent:** | Wednesday, February 18, 2015 2:50 PM |
| **Subject:** | Relayed: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

sbaner@gmail.com (sbaner@gmail.com)

Subject: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913

## Michelle Tanney

| | |
|---|---|
| **From:** | Michelle Tanney |
| **Sent:** | Wednesday, February 18, 2015 3:21 PM |
| **To:** | sbaner@gmail.com |
| **Subject:** | Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913 |
| **Attachments:** | Declaration in Further Support of Inquest and Exhibits (00273726).PDF |

Mr. Banerjee:

Please find enclosed, for service upon you, the Declaration of Michelle Tanney in Further Support of Plaintiff's Request for Inquest by Affidavit and annexed exhibits, dated February 18, 2015.  A certificate of service is also enclosed.

A copy of these documents has been deposited in the mail for serviced via USPS for international service.

Thank you,

Michelle Tanney


**Michelle N. Tanney | Sadis & Goldberg LLP | Associate | Email: mtanney@sglawyers.com | www.sglawyers.com**

551 Fifth Avenue, 21st Floor, New York, New York 10176| **Tel:** (212) 573-6672 | **Fax:** (212) 573-6673 |


This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system.

**Michelle Tanney**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | sbaner@gmail.com |
| **Sent:** | Wednesday, February 18, 2015 3:22 PM |
| **Subject:** | Relayed: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

sbaner@gmail.com (sbaner@gmail.com)

Subject: Sadis & Goldberg, LLP v. Sumanta Banerjee, 14-cv-00913

1