UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-2015

-------------------------------------------------------------X

SADIS & GOLDBERG, LLP,

                Plaintiff,

-against-

SUMANTA BANERJEE,

                Defendant.

-------------------------------------------------------------X

Civil Action No.: 14-cv-00913(LTS)

(PROPOSED) JUDGMENT

Upon review of Plaintiff Sadis & Goldberg LLP's Motion for Default Judgment, the Declaration of Michelle Tanney in Support of Plaintiff's Motion for Default Judgment dated January 12, 2015, with exhibits annexed thereto, and all the pleadings and proceedings theretofore had herein, and due deliberation having been had thereon, and upon the Order of the Court granting Plaintiff default judgment against Defendant dated February 6, 2015, and entered on February 9, 2015, and upon the Court's Order dated April 9, 2015, granting Plaintiff an award of damages in the amount of $379,652.37, together with prejudgment interest, calculated at a rate of 1% per month on the outstanding amount due and owing, and post judgment interest, it is hereby:

ADJUDGED that Plaintiff Sadis & Goldberg, having an address of 551 Fifth Avenue, 21st Floor, New York, NY 10176, have judgment and recover from Defendant Sumanta Banerjee, having an address of 5811 Ballygunje Circular Road, Kolkata 700019, West Bengal, India and an electronic mailing address of sbaner@gmail.com, the amount of $383,448.90, which includes prejudgment interest at the rate of 1%, and that post judgment interest shall

{00278340.DOC; 1}

accrue from the date of entry of judgment, at the rate prescribed by 28 U.S.C. § 1961; and that the Plaintiff have execution thereon.

Date: April 28, 2015

**SO ORDERED:**

_____
U.S.D.J.

tmc