

SadisGoldberg<sub>LLP</sub>

```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
          April 20, 2016                  │ DOC #: _____        │
                                          │ DATE FILED: 4/20/16         │
                                          └─────────────────────────────┘
```

**<u>VIA FAX (212) 805-0426</u>**

The Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:     *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Docket No. 14-cv-00913(LTS)

Dear Judge Swain:

We represent the Plaintiff in the above-referenced matter. We write to respectfully request an order permanently striking from the record a document that currently appears on the docket sheet.

Today it came to our attention that a former associate of the firm, Paulina Stamatelos, improperly filed one document twice that contains personal identifying information about the Defendant, in violation of Fed. R. Civ. P. 5.2. We apologize to the Court for her error. While Ms. Stamatelos did redact some of the personal identifying information on the document, it appears she inadvertently failed to redact all of the personal identifying information.

The document that Plaintiff requests be permanently stricken from the record is Exhibit G to Document 8 (Document 8-8), which also appears on the docket sheet as Exhibit G to Document 13 (Document 13-7).[1]

Immediately upon learning of this issue, we contacted the ECF clerk and requested that the documents be restricted from public access pending an order from the Court striking them from the record. The documents are not currently publicly accessible.

---

[1] Document 8-8 and Document 13-7 are the same document. The document was filed as an exhibit twice because the first motion to which it was an exhibit was improperly filed, and thus the motion was re-filed with the same exhibits. *See* Docket Sheet Nos. 8, 9 and entries for 6/12/2014 and 6/13/2014.

{00300973.DOC: 1}

We apologize for this inadvertent error and are bringing it to the attention of all attorneys and paralegals in our litigation department to ensure that it does not happen again.

Respectfully submitted,

Jennifer Rossan

cc:   Sumanta Banerjee (via email)

The request is granted.

SO ORDERED.

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE