UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SADIS & GOLDBERG, LLP,

               Plaintiff,               Civil Action No.:  14-cv-00913 (LTS)

  -against-                           <u>NOTICE OF APPEARANCE</u>

SUMANTA BANERJEE,

               Defendant.

-----------------------------------------------------------------X

To:    The Clerk of Court and All Parties of Record

        Please take notice I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, SADIS & GOLDBERG, LLP.

        Please take further notice that all pleadings, correspondence and filings in this matter are to be served upon incoming counsel at the address below, and all electronically filed documents be transmitted by e-mail to the address below.

Date:  July 25, 2016

                                                     Ben Hutman, Esq.
                                                   SADIS & GOLDBERG, LLP
                                                   Attorneys for Plaintiff
                                                   551 Fifth Avenue, 21st Floor
                                                   New York, New York 10176
                                                   <u>bhutman@sglawyers.com</u>
                                                   (212) 573-6675 (Direct)

{00306438.DOC; 1}