

**SadisGoldberg**LLP

July 27, 2016

```
USDC SDNY   www.sglawyers.com
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-2016
```

## MEMO ENDORSED

<u>**VIA ECF & FAX (212) 805-0426**</u>
The Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Docket No. 14-cv-00913(LTS)

Dear Judge Swain:

    We represent the Plaintiff in the above-referenced matter. We write to respectfully request an order removing from the record an unredacted document that currently appears on the docket sheet and allowing Plaintiff to replace it with a redacted version.

    Today it came to our attention that an exhibit we filed yesterday, July 26, 2016, was an unredacted version that included confidential personal information about the Defendant, in violation of Fed. R. Civ. P. 5.2. Plaintiff had prepared, and intended to file, a redacted version of this document, but through an unfortunate error on our part, the unredacted version was filed.

    The document that Plaintiff requests be removed from the record, and replaced with a redacted version, is Exhibit 2 to Document 57.

    Immediately upon discovering this issue, we contacted the ECF clerk and requested that the document be restricted from public access pending an order from the Court removing the document from the record and allowing the filing of a redacted replacement. The document is not currently publicly accessible.

    We apologize for this inadvertent error and are working on instituting protocols to prevent this type of error from happening again.

                                  Respectfully submitted,

                                  Ben Hutman

cc: Sumanta Banerjee (via email)

**SO ORDERED:**

_____ 7/28/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

{00300973.DOC. 1}

551 Fifth Avenue, 21st Floor  New York, NY  10176  (t) 212.947.3793  (f) 212.947.3796