Sumanta Banerjee
58/1 Ballygunje Circular Road
Kolkata, West Bengal 700019
zbacllc@gmail.com
7/27/16

RECEIVED
SDNY PRO SE OFFICE
2016 JUL 28 PM 12: 02

Hon. Judge Laura Taylor Swain
US District Judge
US District Court of Southern of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Hon. Judge Laura Taylor Swain:

This letter is in reference to the matter of Sadis & Goldberg, LLP vs. Sumanta Banerjee, 14-cv-00913. As you maybe aware, I am a *pro se* litigant with a permanent residence in Kolkata, India. I received the Plaintiff's Motion in Opposition to Motion to Vacate Default Judgement filed on April 26, 2016 on July 26, 2016 via email to zbacllc@gmail.com.

After speaking with Ms. Brown, in the *pro se* department I was advised that there are 14 days within which to file a response, but there remains some confusion as to whether it might actually be 7 or 10 days; as such I am requesting an extension until August 9, 2016 within which time I will file a response.

The additional time will be used so I can file a proper reply to (1) the Plaintiffs specious and completely misleading and erroneous statements (without any proof on my residency status) in order to circumvent the Hague Convention Rules (2) various other false and misleading claims on Service and the facts of the Pledge Agreement. The Plaintiff finally acknowledged the existence of a Pledge Agreement, after having been caught "red handed" in their attempt to mislead the Court on the authenticity of their claims that Banerjee owes Sadis legal fees. Further, the Plaintiff actually acknowledges "the zeroing out" of the legal fees with the Pledge Agreement in their latest filing. I will prove to the Court that I do not owe Sadis any legal fees and this entire case is meritless and has been an effort by Sadis and Hirsch to "circumvent" the Pledge Agreement, a contract that the Plaintiff drafted and executed in 2008. Lastly, I have yet to be served correctly under the Federal Rules of Civil Procedure.

I am respectfully requesting Your Honor to grant me the additional time, until Aug. 9, 2016, to file a proper response to the Plaintiff's motion.

Respectfully submitted,

Sumanta Banerjee

PRESS FIRMLY TO SEAL

USM 5W SDNY

PRESS FIRMLY TO SEAL






1007

10007

U.S. POSTAGE PAID
PITTSBURGH, PA
15241
JUL 27, 16
AMOUNT
**$22.95**
R2305M145382-11

# PRIORITY ★ MAIL ★ EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

# FLAT RATE ENVELOPE

ONE RATE ★ ANY WEIGHT*

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**



EP13F Apr 2015
OD: 12 1/2 x 9 1/2




WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

1A

1B

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

S. Banerjee
58/1 Ballygunge Cir. Rd
Kolkata, WB 700019
INDIA

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE 212 805-0175

PRO SE INTAKE UNIT
500 Pearl Street
NY, NY 10007-1312 RM200
DPM United States Courthouse

ZIP + 4® (U.S. ADDRESSES ONLY) 10007-1312

■ **For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.**
■ **$100.00 insurance included.**

EK951458086US

EK951458086US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ D

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 15241 | 7-28-16 | $ 22.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 7-27-16 | ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation |
| 558 ☐ AM ☑ PM | $ | $ | $ |
| Weight ☑ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| lbs. ozs. | $ | | |
| | Acceptance Employee Initials [signature] | $ 22.95 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE



VISIT US AT USPS.COM®






UNITED S

This envelope is made from post-consumer waste. Please recycle - again.