UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Sadis & Goldberg, LLP

                    Plaintiff,

Case No. 14-cv-009143 (LTS)

    -against-

Sumanta Banerjee,        Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**BEN HUTMAN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BH5948    My State Bar Number is 5127451

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bois, Schiller & Flexner LLP (Armonk)
                 FIRM ADDRESS: 333 Main Street, Armonnk, NY 10504
                 FIRM TELEPHONE NUMBER: 914-749-8323
                 FIRM FAX NUMBER: 914-749-8300

NEW FIRM:    FIRM NAME: Sadis & Goldberg LLP
                 FIRM ADDRESS: 551 Fifth Avenue, 21st Fl., New York, NY 10176
                 FIRM TELEPHONE NUMBER: 212-947-3793
                 FIRM FAX NUMBER: 212-947-3796

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 1, 2016

                                                         ATTORNEY'S SIGNATURE