Sumanta Banerjee
58/1 Ballygunje Cir Rd
Kolkata-19 West Bengal
India

Hon. Judge Laura Swain Taylor
U.S District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Sadis & Goldberg vs. Banerjee, Docket No. 14-cv-00913

**MEMO ENDORSED**

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -6 AM 9:29

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-2016

Dear Hon. Judge Taylor,

I write in reference to the above case where I am the Defendant. I would like to bring two details to the attention of Your Honor.

First, I received the hard copy of the Docket number, dated July 23, 2016 at my home address in India. Please see the address on the envelope that I received contrary to the Plaintiff's assertion that the address is not valid.

Secondly, although I have filled out the paperwork twice for electronic notification and it is documented on the docket report, I have not received the notification of any submissions to the docket. I am currently checking the PACER system on a daily basis. As such we are requesting a formal order requiring the Pro Se department to send notifications of docket entries, electronically to my email id "zbacllc@gmail.com".

Respectfully,

*Sut Bg-*

Sumanta Banerjee, 9/28/16

The Clerk of Court is directed to add the above email address (all letters – no digits) to the docket.

SO ORDERED:
10/19/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to Deft Banerjee
Chambers of Judge Swain      CM 10-19-2016

UNITED STATES DISTRICT COURT
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

NEW YORK
NY 100
03 AUG '16
PM 15 L

neopost
08/02/2016
US POSTAGE

FIRST CLASS MAIL
$00.46

ZIP 10007
041L11231778

Sumante Banerjee
58/1 Ballygenje Circular Rd
Kolkata, West Bengal
700019

Banerjee
501 Ballygunge Cir. Rd
Kol-A West Bengal
India



SDNY PRO SE OFFICE
2016 OCT -6 AM 9:29

U.S.M?

U.S. District of the Southern District of NY
Pro Se Intake Unit
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street Rm. 200
NY NY 10007

