

**SadisGoldberg**LLP

Ben Hutman
212.573.6675
bhutman@sglawyers.com
www.sglawyers.com

April 23, 2018

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Docket No. 14-cv-00913(LTS)(OTW)

Dear Judge Wang,

I am writing to the Court on behalf of Plaintiff in the above-captioned matter, to request a conference with the Court.

As the Court is aware, on March 22, 2018, the Second Circuit Court of Appeals remanded this action for a determination of where the Defendant, Mr. Banerjee, was domiciled at the time the Complaint was filed. (Summary Order at 3.) However "[i]f diversity jurisdiction is established by Banerjee's domicile in the U.S. at the relevant time," then—as the District Court held in its March 30, 2017 order—"no further inquiry as to service is necessary." (*Id.*)

Therefore, in keeping with the instructions of the Second Circuit, Plaintiff is requesting a conference to determine the manner in which the Court wishes the parties to gather and present evidence as to Mr. Banerjee's domicile. Defendant, Mr. Banerjee, has consented to this request for a conference. Plaintiff understands that Mr. Banerjee's counsel before the Second Circuit is not representing him before this Court and Mr. Banerjee is currently proceeding pro se.

Plaintiff proposes limited discovery, including taking deposition testimony, so Plaintiff can gather evidence of Mr. Banerjee's domicile in Pennsylvania.

Respectfully submitted,

*/s/ Ben Hutman*

Ben Hutman

cc: Sumanta Banerjee