UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SADIS & GOLDBERG, LLP.,
:
:
Plaintiff,        :    No. 14 Civ. 0913 (LTS)(OTW)
:
-against-          :    **STATUS SCHEDULING ORDER**
:
SUMANTA BANERJEE,          :
:
Defendants.       :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference Telephone Call on Tuesday, May 15, 2018 at

10:00 a.m. Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: New York, New York                    *d/ Ona T. Wang*
      April 24, 2018                         **Ona T. Wang**
                                   United States Magistrate Judge