Sumanta Banerjee

58/1 Ballygunje Cir Rd
Kolkata, WB 700019
India
zbacllc@gmail.com

Via pro se Department

The Hon. Judge Ona T Wang
United States District Court for the
Southern District of New York
500 Pearl Street Rm 2000
New York, NY 10007

Re: Sadis & Goldberg, LLC v. Sumanta Banerjee, Docket No. 14-00913 (LTS)(OTW)

Dear Judge Wang,

    I am writing to the Court, as the Defendant in the above-captioned matter, to request a postponement of the Teleconference that is currently scheduled for May 15th at 10am.

As the Court is aware the Second Circuit Court of Appeals vacated the judgment for lack of subject matter jurisdiction and remanded this action to this Court for a determination of where I was domiciled in 2014.

I have a very hectic travel schedule related to my work slated for the next 6 weeks and will be available starting June 25, 2018. In addition to the travel, I am also in the process of retaining NY Counsel who would be available to advise me during the teleconference. We are hopeful that Your Honor would be able to grant the request so that I can complete my work travel and work requirements and also to retain Counsel.

I thank the Court for consideration of this request.

Respectfully submitted,

*[signature]*

Sumanta Banerjee

Cc: Ben Hutman.

**PRIORITY MAIL**



U.S. POSTAGE PAID
CANONSBURG, PA 15317
MAY 05, 18
AMOUNT
**$6.70**
R2304N116798-55

1004   10007

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Banerjee
58/1 Ballygunge Cir Rd
Kol-19
WB-INDIA



TO: Pro Se Dept
500 Pearl Street
New York, NY 10007

Expected Delivery Day: 05/07/2018
USPS TRACKING NUMBER



9505 5139 4659 8125 2545 65

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE

013 Outer