

Ben Hutman
212.573.6675
bhutman@sglawyers.com
www.sglawyers.com

May 9, 2018

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Docket No. 14-cv-00913(LTS)(OTW)

Dear Judge Wang,

      I am writing to the Court on behalf of Plaintiff in the above-captioned matter, in response to Defendant's letter filed on May 8, 2108 which requested the Court delay the scheduled teleconference from May 15 to June 25, 2018.

      Plaintiff objects to Defendant's request for delaying the Court's scheduled teleconference. Defendant has known that this matter was being remanded since the Second Circuit's March 22, 2018 summary order, over six weeks ago; plenty of time to retain counsel. Moreover, the Court can always build in time to retain counsel into whatever schedule is set during the teleconference. Because the Court scheduled a teleconference and not an in-person conference Defendant's travel and physical location should not be an issue. There is, therefore, little reason to delay the scheduled teleconference for six weeks.

      Respectfully submitted,

      Ben Hutman