UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADIS & GOLDBERG, LLP, <br><br> Plaintiff, <br><br> - against - <br><br> SUMANTA BANERJEE, <br><br> Defendant. | Case No. 14-cv-00913(LTS)(OTW) |

## PROPOSED DISCOVERY SCHEDULE

Plaintiff Sadis & Goldberg, LLP ("Plaintiff") and Defendant Sumanta Banerjee ("Defendant"), hereby submit this proposed discovery schedule:

- Plaintiff will send Document Requests to Defendant on or before August 3, 2018

- Defendant will respond to Plaintiffs' Document Requests on or before September 17, 2018.

- Defendant will complete his document production on or before October 15, 2018

The parties will call Chambers for a Status Conference on November 13, 2018 at 10:00 a.m.

By: /s/ Ben Hutman
    Ben Hutman
    SADIS & GOLDBERG, LLP
    551 5th Avenue, 21st Floor
    New York, New York 10176
    (212) 573-6675
    *Counsel for Plaintiff*

By: /s/ Jennifer Cabrera
    Jennifer Cabrera
    CABRERA CAMMAROTA PLLC
    1115 Broadway, 12th Floor
    New York, New York 10010
    (646) 470-0805
    *Counsel for Defendant*

{00353975.DOCX; 1}

SO ORDERED:

_____
Judge Ona T. Wang

Dated: New York, New York

July 3, 2018