UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADIS & GOLDBERG, LLP,

    Plaintiff,

- against -

SUMANTA BANERJEE,

    Defendant.

Case No. 14-cv-00913(LTS)(OTW)

## STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY SCHEDULE

**WHEREAS** the Court approved the parties' proposed discovery schedule on July 3, 2018;

**WHEREAS** Plaintiff accordingly submitted its document requests on August 3, 2018;

**WHEREAS** that schedule called for Defendant's responses to those document requests to be made by September 17, 2018; for document production to be made by October 15, 2018; and for a telephone status conference with Chambers on November 13, 2018, at 10:00 a.m.; and,

**WHEREAS** the parties have agreed to extend the deadline for Defendant to respond to document requests by three weeks and the deadline to make production of documents by two weeks;

**WITH THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND ORDERED** as follows:

- Defendant will respond to Plaintiffs' Document Requests on or before October 8, 2018

- Defendant will complete his document production on or before November 1, 2018

The parties will call Chambers for a Status Conference on November 13, 2018 at 10:00 a.m.

Dated: New York, New York
      September 19, 2018

| | |
|---|---|
| By:   /s/ Ben Hutman   <br>     Ben Hutman <br>     SADIS & GOLDBERG, LLP <br>     551 5th Avenue, 21st Floor <br>     New York, New York 10176 <br>     (212) 573-6675 <br>     *Counsel for Plaintiff* | By:   /s/ Jennifer Cabrera   <br>     Jennifer Cabrera <br>     CABRERA CAMMAROTA PLLC <br>     1115 Broadway, 12th Floor <br>     New York, New York 10010 <br>     (646) 470-0805 <br>     *Counsel for Defendant* |

SO ORDERED:

By: _____
    Judge Ona T. Wang

Dated: New York, New York
      October _____, 2018