UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>    Plaintiff,<br><br>- against -<br><br>SUMANTA BANERJEE,<br><br>    Defendant. | Case No. 14-cv-00913(LTS)(OTW) |

## **STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY SCHEDULE**

**WHEREAS** the Court approved the parties' proposed discovery schedule on July 3, 2018;

**WHEREAS** Plaintiff accordingly submitted its document requests on August 3, 2018;

**WHEREAS** that schedule called for Defendant's responses to those document requests to be made by September 17, 2018; for document production to be made by October 15, 2018; and for a telephone status conference with Chambers on November 13, 2018, at 10:00 a.m.; and,

**WHEREAS** the parties have agreed to extend the deadline for Defendant to respond to document requests by three weeks and the deadline to make production of documents by two weeks;

**WITH THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND ORDERED** as follows:

- Defendant will respond to Plaintiffs' Document Requests on or before October 8, 2018

- Defendant will complete his document production on or before November 1, 2018

The parties will call Chambers for a Status Conference on November 13, 2018 at 10:00 a.m.

Dated: New York, New York
      September 19, 2018

By: ___/s/ Ben Hutman_____      By: ___/s/ Jennifer Cabrera_____
    Ben Hutman                                              Jennifer Cabrera
    SADIS & GOLDBERG, LLP                      CABRERA CAMMAROTA PLLC
    551 5th Avenue, 21st Floor                       1115 Broadway, 12th Floor
    New York, New York 10176                    New York, New York 10010
    (212) 573-6675                                                 (646) 470-0805
    *Counsel for Plaintiff*                                      *Counsel for Defendant*

SO ORDERED:

By: _____
    Judge Ona T. Wang

Dated: New York, New York
      October __3__, 2018