UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

                 Plaintiff,       No. 14-CV-913 (LTS)(OTW)

      -against-              **ORDER**

SUMANTA BANERJEE,

                 Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff shall respond to Defendant's letter dated January 17, 2019 and provide the Court with an update on the status of discovery by January 25, 2019.

The Conference scheduled for January 29, 2019 is hereby rescheduled to February 6, 2019 at 12:00 p.m. in Courtroom 20D of 500 Pearl Street.

**SO ORDERED.**

Dated: New York, New York
       January 18, 2019

                                     _s/ Ona T. Wang_
                                     **Ona T. Wang**
                                     United States Magistrate Judge