UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

                Plaintiff,      14-CV- 0913 (LTS)(OTW)

      -against-      **ORDER**

SUMANTA BANERJEE,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

For the reasons stated on the record at the conference held on March 6, 2019, it is hereby ORDERED THAT:

1. By April 5, 2019, Defendant Banerjee shall either produce the trust account credit card statements or provide a sworn statement indicating that he is unable to obtain them. The sworn statement shall detail (1) the steps Defendant Banerjee has taken since the beginning of this lawsuit to obtain the statements, together with dates; and (2) if Defendant Banerjee believes there is a reasonable likelihood that he will be able to obtain the statements while in India, but not before April 5, 2019, include the dates Defendant Banerjee will be in India.

2. By April 5, 2019, Defendant Banerjee or Mrs. Banerjee shall produce unredacted credit card statements for the Axis Bank Credit Card for all of 2013 and 2014.

3. By April 5, 2019, Mrs. Banerjee shall produce all of her investment account and brokerage account statements from 2013 and 2014. Defendant's counsel shall investigate the deposits into Mrs. Banerjee's bank account from a Fidelity

    Brokerage Account to glean information on the owner of that account so that, if necessary, Plaintiff's counsel can issue a third-party subpoena.

4. By March 13, 2019, Plaintiff's counsel shall provide Defendant Banerjee and Mrs. Banerjee with state tax authorization forms for 2009, 2013, 2015-2017, and federal tax authorization forms for 2014. By March 22, 2019, Defendant Banerjee and Mrs. Banerjee shall sign the authorization forms and Defendant's counsel shall provide them to Plaintiff's counsel.

5. Plaintiff's counsel shall provide Defendant's counsel with no more than ten search terms relating to the Schiff Emails that Defendant's counsel will have applied to Mrs. Banerjee's personal Gmail account. Either Defendant's counsel or a designee, not Defendant Banerjee or Mrs. Banerjee, shall conduct the search and review. By April 5, 2019, Defendant's counsel shall provide a summary report of the number of hits from 2014 to the present using the provided keywords, and produce all responsive documents.

The Court will hold a status conference on April 17, 2019 at 3:00 p.m. The parties shall file a joint status letter by April 12, 2019.

**SO ORDERED.**

Dated: New York, New York
       March 6, 2019

*d/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge