# FERBER CHAN ESSNER & COLLER, LLP

ONE GRAND CENTRAL PLACE
SUITE 2050
NEW YORK, NEW YORK 10165

TEL: (212) 944-2200
FAX: (212) 944-7630

e-mail: chan@ferberchan.com

April 15, 2019

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Sadis & Goldberg, LLP v. Banerjee, 14-cv-00913</u>

Dear Magistrate Judge Wang:

    Later today or tomorrow morning, my firm is moving pursuant to Local Civil Rule 1.4 to be relieved as counsel for defendant. Accordingly, it might make sense to adjourn the conference scheduled for 3 P.M. on Wednesday April 17. Defendant has indicated his intention to oppose our motion and has asked me to request that, if Your Honor determines that the conference go forward on Wednesday, he be permitted to participate by telephone.

Respectfully submitted,

Robert N. Chan

cc. Mr. Banerjee by email