Sumanta Banerjee
1514 Cook School Road
Pittsburgh, PA 15241
zbacllc@gmail.com

June 23, 2019

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re: Sadis & Goldberg, LLP v. Sumanta Banerjee, Dkt No. 14-cv 00913 (LTS)(OTW)*

Dear Judge Wang,

Your Honor ordered that the parties provide the Court with proposed dates for the next in-person status conference by the 17th of June. My sincere apologies for not responding within the allotted time, but my heavy travel schedule required me to be out of the country. I was not able to respond to Mr. Hutman's single email, immediately, but I was never in receipt of any phone calls or voice mails. I did respond to Mr. Hutman's email request for dates after a few days. There was only one email. I am traveling the week of August 12 and August 19.

I am available for an in-person status conference, August 6-8, 2019.

                              Respectfully submitted,

                              /s/ SUMANTA BANERJEE
                              zbacllc@gmail.com
                              (203) 501 0797