

Ben Hutman
212.573.6675
bhutman@sglawyers.com
www.sglawyers.com

October 11, 2019

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Dkt. No. 14-cv 00913(LTS)(OTW)
           Letter Requesting Direct Order to HRB to Comply With Subpoena

Dear Judge Wang,

    Despite this Court's August 26, 2019 Order denying Defendant's Motion to Quash, H&R Block has refused—through counsel—to produce documents in response to the subpoena that this Court ordered to be served.  *See* Letter from Berkowitz Oliver, attached hereto as Exhibit A.  As such, Plaintiff is requesting a more formal order from the Court requiring H&R Block to comply with Plaintiff's subpoena.  Attached hereto as Exhibit B is draft proposed order together with the subpoena previously served on H&R Block.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                       By:  /s/ Ben Hutman
                                            Ben Hutman
                                            SADIS & GOLDBERG, LLP
                                            551 5th Avenue, 21st Floor
                                            New York, New York 10176
                                            (212) 573-6675
                                            *Counsel for Plaintiff*

cc: Laura K. Brooks
Berkowitz Oliver, LLP
Sumanta Banerjee