October 16, 2019

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>*Sadis & Goldberg, LLP v. Sumanta Banerjee*, Dkt. No. 14-cv 00913(LTS)(OTW)
HRB Authorization</u>

Dear Hon. Judge Wang,

The Plaintiff is requesting from HRB, all work papers, all communication and any additional work product related to the taxes for the time that HRB has worked with the Defendant and his wife, Mrs. Banerjee. Mrs. Banerjee has signed the authorization form for HRB to release any communication related to the relevant time period of 2014 only. Mrs. Banerjee fails to see why anything outside of 2014 is relevant to the matter at hand, which is proving the domicile of Sumanta Banerjee for 2014 only.

In addition, Mrs. Banerjee has provided full authorization to the IRS to release tax returns from 2009-2016. Mrs. Banerjee has been cooperative and has provided whatever documents requested by the Plaintiff despite not being a party to this matter at hand and despite being legally separated. All earnings on the tax returns for 2013-current, belong to Mrs. Banerjee as only she, was earning a US-based income during those years. The Plaintiff has requested and received all the tax forms for the above stated years for Mrs. Banerjee.

Mrs. Banerjee is happy to provide the Plaintiff with authority to obtain relevant communication but only for 2014. The Plaintiff is reaching and so far, Mrs. Banerjee has been willing provide whatever was asked, but this seems to be an intrusion of Mrs. Banerjee privacy. Mrs. Banerjee is not represented by Counsel and is not a party to this case. Additionally, she was legally separated from Mr. Banerjee from 2012-2016.

Mr. Banerjee will be providing his authorization to HRB for the relevant period as requested by the Plaintiff. Mrs. Banerjee is submitting her authorization for the communication and tax work papers for 2014.

Respectfully submitted,

**Sumanta Banerjee**
*Pro se defendant*
1514 Cook School Rd
Pittsburgh, PA 15241
zbacllc@gmail.com