```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SADIS & GOLDBERG, LLP,                                       :
                                                             :
                    Plaintiff,                               :      No. 14–CV-913 (LTS) (OTW)
                                                             :
         -against-                                           :      **ORDER**
                                                             :
SUMANTA BANERJEE,                                            :
                                                             :
                    Defendant.                               :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, United States Magistrate Judge:

The Court is in receipt of Defendant's letter motion at ECF 177. The Court previously denied Defendant's motion to quash Plaintiff's third-party subpoena seeking documents covering 2013-2016 from HRB Tax Group, Inc., and found the information sought to be relevant. (ECF 165). Unilaterally limiting Defendant's wife's authorization to 2014 would not be in the spirit of this order, nor yesterday's order directing Defendant and his wife to provide the completed authorizations to Plaintiff by noon on October 18, 2019. Defendant and his wife are reminded that sanctions will issue for failure to comply with this Court's orders. (ECF 165, 176). The clerk is directed to close ECF 177.

**SO ORDERED.**

Dated: New York, New York        _s/ Ona T. Wang_____
October 17, 2019                 **Ona T. Wang**
                                 United States Magistrate Judge