

Ben Hutman
212.573.6675
bhutman@sglawyers.com
www.sglawyers.com

October 18, 2019

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Dkt. No. 14-cv 00913(LTS)(OTW)
           Joint Status Letter

Dear Judge Wang,

    As requested by the Court at the last status conference, the parties submit this joint letter updating the Court on the status of the outstanding subpoenas, the Joint Exhibit List, and settlement discussions.

### A. *Document Subpoenas*

    Yesterday evening, after the Court's order terminating Defendant's Letter Motion on Discovery, Defendant provided Plaintiff with the authorizations to HRB, Inc. ("HRB") to produce the subpoenaed documents. Plaintiff has sent the authorizations to HRB and will hopefully be receiving the requested documents in the near future.

    Fidelity Investments has produced all of the documents requested.

### B. *Joint Exhibit List*

    Plaintiff has provided Defendant with a draft Exhibit List. Defendant is reviewing the list to determine which exhibits he will be using and what exhibits to add. Obviously, the list does not include any exhibits that Plaintiff will be adding from the documents it receives from HRB.

    The parties have not yet exchanged deposition designations.

### C. *Settlement Discussions*

    The parties have engaged in good faith settlement discussions but remain far apart in their respective positions.

{00381078.DOCX; 1}

Jointly submitted,

By: _/s/ Ben Hutman_____          By: _/s/ Sumanta Banerjee_____
    Ben Hutman                                  Sumanta Banerjee
    SADIS & GOLDBERG, LLP                       Pro Se
    551 5th Avenue, 21st Floor                  1514 Cook School Rd.
    New York, New York 10176                    Pittsburgh, PA 15241
    (212) 573-6675                              (203) 501-0797
    *Counsel for Plaintiff*                     *Defendant*