**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
SADIS & GOLDBERG, LLP,                   :
                                         :
                Plaintiff,               :      14-CV-913 (LTS) (OTW)
                                         :
           -against-                     :      ORDER
                                         :
SUMANTA BANERJEE,                        :
                                         :
                Defendant.               :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the joint letter at ECF 185. The evidentiary hearing will be held on **Wednesday, January 22, 2020 at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are only to submit post-trial briefing.

A joint status letter is due by **December 19, 2020**.

**SO ORDERED.**

| | |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: November 20, 2019 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |