**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SADIS & GOLDBERG, LLP,                    :
                                          :
                Plaintiff,                :        14-CV-913 (LTS) (OTW)
                                          :
        -against-                         :        ORDER
                                          :
SUMANTA BANERJEE,                         :
                                          :
                Defendant.                :
                                          :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

It is hereby **ORDERED** that the hearing scheduled for February 27, 2020 is adjourned. A rescheduled evidentiary hearing will be held on **Tuesday March 3, 2020 at 10:00 a.m.** The parties' joint exhibit list and deposition designations are due by **February 25, 2020**.

**SO ORDERED.**

Dated: January 21, 2020
   New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge