## JOINT EXHIBIT LIST

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 1. | Email exchange between D. Hirsch and S. Banerjee re: Alkek & Williams v. Tuckerbrook | 8/28–29/2009 | Dkt. No. 70-1 | | |
| 2. | Deposition of Sumanta Banerjee in District of Mass. Matter. | 7/21/2011 | BANER-000231–426 | | |
| 3. | Email exchange between S. Banerjee and Gandhi Banerjee re: (no subject) | 6/28/2008 | Dkt. No.19-10 | | |
| 4. | Kolkata Municipal Licenses for ZBAC Enterprise for the years 2014-2019 | | BANER-000618 - 624 | | |
| 5. | India Tax Return – Form No. 16 | 04/15/2010 | BANER-000223-230 | | |
| 6. | Unredacted Separation Agreement | 6/19/2012 | BANER-00482 - 490 | | |
| 7. | S. Banerjee Executed Affidavit | 12/18/2018 | | | |
| 8. | Status Conference Transcript | 6/27/2012 | | | |
| 9. | Email exchange between S. Banerjee and John Hassett re: See Attached | 7/22/2012 - 11/16/2012 | Dkt. No. 9-3 | | |
| 10. | S. Banerjee Requests Release of Lien | 9/22/2014 | Dkt. No. 55 | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 11. | Copies of IDs | | BANER-000023 | | |
| 12. | S. Banerjee Letter to Court | 8/26/2016 | Dkt. No. 71 | | |
| 13. | Passport Stamps | | BANER-000436 - 441 | | |
| 14. | The Forbes Funds Advisory Board | | Dkt. No. 57-3 | | |
| 15. | Email to S. Banerjee re: Reminder Keep The Forbes Funds in the loop! | 9/14/2014 | BANER-000683 – 684 | | |
| 16. | MIT Enterprise Forum Pittsburgh Executive Committee | 7/26/2016 | Dkt. No. 57-3 | | |
| 17. | Schiff v. Banerjee Mechanics Lien | 9/9/2014 | | | |
| 18. | Schiff v. Banerjee Docket | 7/18/2016 | | | |
| 19. | Banerjee counterclaim against Schiff | 11/13/2016 | | | |
| 20. | S. Banerjee Traffic Violation | 4/17/2013 | | | |
| 21. | Magisterial District Judge Traffic Docket | 9/15/2015 | | | |
| 22. | Magisterial District Judge Report | 2/3/2016 | | | |
| 23. | Banerjee Counterclaim in Schiff v. Banerjee action | 2/19/2015 | | | |
| 24. | Schiff v. Banerjee Docket | 7/18/2016 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 25. | S. Banerjee US Tax Return 2013 | | BANER-000432 - 432 | | |
| 26. | Redacted Axis Bank Statement | 10/12/2018 | BANER 000004 - 13 | | |
| 27. | Unredacted Axis Bank Statement | 10/12/2018 | BANER-000442 - 51 | | |
| 28. | Unredacted Axis Bank Statement | 12/19/2018 | BANER 000102 – 122 | | |
| 29. | Harvester Energy LLC Ohio State Certificate | 9/17/2014 | | | |
| 30. | Banerjee's Motion to Set Aside Default Judgment | 4/27/2016 | | | |
| 31. | Defendant's Response to Plaintiff's Motion in Opposition of Vacating or Setting Aside Default | 8/10/2016 | Dkt. No. 65 | | |
| 32. | West Bengal Certificate of Registration | 8/10/2016 | Dkt. No. 65-1 | | |
| 33. | Sumanta Banerjee Blue Book | | BANER-000688 | | |
| 34. | Pennsylvania Notice of Taxes owed for 2013 | 3/21/2017 | | | |
| 35. | Pennsylvania Notice of Taxes owed for 2014 | 4/14/2017 | | | |
| 36. | S. Banerjee Tax Return 2014 | 11/3/2018 | BANER-000434-435 | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 37. | Pennsylvania Tax Return 2013 | 2/2/2018 | | | |
| 38. | Pennsylvania Tax Return 2014 | 2/2/2018 | | | |
| 39. | Evidence submitted by Robert Schiff civil action | 7/11/2013 | | | |
| 40. | Answer and counterclaim from A. Banerjee in Schiff v. Banerjee Lawsuit | 1/13/2015 | | | |
| 41. | Court verdict in Schiff v. Banerjee action | 1/19/2016 | | | |
| 42. | Letter from Banerjee to the Court | 8/16/2016 | | | |
| 43. | IRS Production of S. Banerjee 2016 Tax Returns | 3/15/2019 | | | |
| 44. | A Banerjee's PNC Statement for Account No. 6179 | 10/12/2013 | AB 00126 - 29 | | |
| 45. | A Banerjee's 2014, Federal and State Tax returns | 10/14/2018 | | | |
| 46. | AB and Sumanta Banerjee's PA Tax Return for 2015 | 10/14/2018 | | | |
| 47. | ABanerjee's PNC Statement for Account No. 6179 | 6/12/2014 | AB 00149 - 153 | | |
| 48. | Plaintiff's first set of Document Requests | 8/3/2018 | | | |
| 49. | Banerjee Responses and Objections | 10/8/2018 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 50. | Email from R. Chan to B. Hutman re Discovery Response | 1/23/2019 | | | |
| 51. | Email from R. Chan to B. Hutman re Trust info | 2/9/2019 | | | |
| 52. | Transcript of court appearance | 3/6/2019 | | | |
| 53. | Fidelity Authorization of 100K transfer | 6/30/2004 | | | |
| 54. | Fidelity Account Information (July 2007) | 7/2013 | | | |
| 55. | Fidelity Account Information | 4/26/2011 | | | |
| 56. | Fidelity 401(k) Documents | 2013 | | | |
| 57. | Fidelity Sole Account Statement | 1/2013 | | | |
| 58. | Fidelity Joint Account Statement | 1/2013 - 3/2013 | | | |
| 59. | Fidelity Sole Account Statement showing Tuckerbrook Asset | 3/2013 | | | |
| 60. | Fidelity Sole Account Statement | 10/2013 | | | |
| 61. | Fidelity Joint Account Statement | 10/2013 | | | |
| 62. | Fidelity Sole Account Statement | 11/2013 | | | |
| 63. | Fidelity Joint Account Statement | 11/2013 | | | |
| 64. | Fidelity Sole Account Statement | 1/2014 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 65. | Fidelity Joint Account Statement | 1/2014 - 3/2014 | | | |
| 66. | Fidelity Sole Account Statement | 2/2014 | | | |
| 67. | Fidelity Sole Account Statement | 5/2014 | | | |
| 68. | Fidelity Withdrawal from IRA 9.5K | 5/16/2014 | | | |
| 69. | Fidelity Sole Account Statement | 12/2014 | | | |
| 70. | Affidavit of Service | 11/12/2013 | | | |
| 71. | Property records for A. Banerjee Parents | 3/28/2019 | | | |
| 72. | Affidavit of S. Banerjee | 4/2019 | | | |
| 73. | Email from Zbac LLC to Trustee | 1/28/2019 | | | |
| 74. | Deposition Transcript of Sumanta Banerjee | 2/14/2019 | | | |
| 75. | Zbac, LLC Certificate Copies | 6/23/2017 | | | |
| 76. | Resignation Letter of S. Banerjee from Zbac, LLC | 6/19/2012 | BANER 000003 | | |
| 77. | Reba Banerjee Affidavit | 2/10/2014 | Dkt. No. 57-3 | | |
| 78. | Mailing Envelopes for Banerjee filings | 8/8/2016 | Dkt. No. 65-2 | | |
| 79. | Banerjee Letter to Court | 10/6/2016 | Dkt. No. 74 | | |
| 80. | Pennsylvania Tax Lien | 3/23/2018 | | | |
| 81. | Pennsylvania Taxpayer Information Sheet | 3/12/2018 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 82. | Court verdict in favor of Schiff | 1/19/2016 | | | |
| 83. | A. Banerjee Responses and Objections to Subpoena | 1/25/2019 | | | |
| 84. | A. Gandhi affidavit executed | 12/17/2018 | | | |
| 85. | Sheriff Return for Schiff Collection | 1/23/2019 | | | |
| 86. | A. Banerjee Executed Affidavit | 12/18/2018 | | | |
| 87. | A. Banerjee Deposition Transcript | 3/29/2019 | | | |
| 88. | Schedule E to Banerjee's 2014 Federal Tax Return | | | | |
| 89. | Form 4684 to Banerjee's 2014 Federal Tax Return | | | | |
| 90. | 2014 Form 5498 Banerjee's IRA Contribution Info. | | | | |
| 91. | Email from AB to Walter Jack attaching K-1s | 10/2/2017 | | | |
| 92. | Email exchange between AB and Walter Jack re: extension on tax returns | 3/11–4/2/2018 | | | |
| 93. | Email from Walter Jack to AB attaching the first two pages of Banerjee's 2014 Federal Return | 11/2/2018 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 94. | Email from AB responding "Perfect" to the previous exhibit wherein she asked for a tax return with Banerjee's Indian address. | 11/3/2018 | | | |
| 95. | Email from AB to Walter Jack attaching 2017 K-1s | 11/20/2018 | | Defendant objects since HRB permission to provide taxes (as agreed to by Mr. Hutman) only extended to 2016 and not 2017. So this is not valid and cannot be used by Plaintiff. Regardless, Defendant has no interest in SSA Capital since it belongs to Mrs. Banerjee solely. All K1s for SSA belong to Mrs Banerjee solely. | K-1 shows Defendant's interest in US entity that he maintained throughout the relevant time period |
| 96. | Email from AB to Walter Jack copying "Hubby" | 11/23/2018 | | | |
| 97. | Email exchange between AB and Walter Jack re: carrying over 2015 expenses to subsequent years | 1/4/2019 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 98. | Email from AB to Walter Jack attaching 2017 SSA Capital Partners P & L | 1/8/2019 | | Defendant objects since HRB permission to produce taxes ( as agreed to by Mr. Hutman) only extended to 2016 and not 2017. So this is not valid and cannot be used by Plaintiff. Regardless, Defendant has no interest in SSA Capital since it belongs to Mrs. Banerjee solely. All K1s for SSA belong to Mrs Banerjee solely. | Document will be used to impeach Defendant's claim not to have an interest in a US entity. |
| 99. | PAN card – Government tax authority issued and Indian Driver license | Jan 2009 | | Plaintiff objects that the listed "date" is not show in any of the documents. | Employers in India will not pay you without a PAN card. |
| 100. | Lease of Weston House | July 4, 2013- June 30, 2014 | | | |
| 101. | Driver receipts of Banerjee | 2010-2015 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 102. | Banerjee children school records/proof of attendance | 2009-2011 | | | |
| 103. | Ration Card of Banerjee-given to all Indian residents | 1995 | | | |
| 104. | Various documents related to ownership of Houses in CT, PA | 2009-2015 | | | |
| 105. | A. Gandhi affidavit | 2020 | | Plaintiff objects to any new affidavit from an out-of-Court witness. The affidavit is hearsay, was not produced in discovery, and was not provided to Plaintiff until 2/25/2020 | Defendant understood from last Status Hearing on October 23 that Final Exhibit list is due before Hearing i.e. Feb 25th as Ordered by the Hon. Court and Affidavits ( page 7/8 of Transcript) could be used. Defendant is Pro Se and may have misunderstood and would ask for Courts understanding and permission to use them. |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 106. | HRB documents for PA state tax appeal | 02/2019 | | Plaintiff objects to portions of this document as never previously produced. | Defendant thought that these would be produced under the subpoena to HRB- so we are producing as it seems that they were not produced despite the subpoena. We hope Court would allow this evidence since it should have been produced and defendant was not aware it was not. Also, based on Transcript from Status Conference (10/23) and page 7/8, Final Exhibits are due today. As Pro Se, that was my interpretation. |
| 107. | OCI (overseas citizen of India) card | 12/23/2008 | | | |
| 108. | R. Banerjee Affidavit | 2020 | | Plaintiff objects to any new affidavit from an out-of-Court | Defendant understood from last Status Hearing |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | witness. The affidavit is hearsay and was not produced in discovery, and was not provided to Plaintiff until 2/25/2020 | on October 23 that Final Exhibit list is due before Hearing i.e. Feb 25th as Ordered by the Hon. Court and Affidavits (page 7/8 of Transcript) could be used. Defendant is Pro Se and may have misunderstood and would ask for Courts understanding and permission to use them. |
| 109. | Emails related to Tollygunje Club membership in India | 2010 | | | |
| 110. | India Car registration Insurance | 2010 | | | |
| 111. | Emails from USPS re: mail forwarding in 2009 & 2010 | 2009 | | Plaintiff objects to this document as never previously produced. | These were provided to prior counsels. |
| 112. | Emails related to cell phone bills in India | 2009 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 113. | Corporation Tax for entities that Banerjee created | 2009, 2015 | | | |
| 114. | Passbook of Indian bank account | 2009 | | Plaintiff objects to this document. A readable, unredacted version was never produced in discovery. Additionally, the date in the document show the account open date as 5/11/2012 and the entries run into 2016. Finally, the document is incomplete. | This is the only copy Defendant has. It was produced to counsel previously, Was not previously objected to. |
| 115. | Car Loan that Banerjee took out in 2010 | 2010 | | | |
| 116. | Indian Form 16 and Form 16a (tax form equivalent to the w2) | 2009-2011 | | | |
| 117. | Car registration and insurance in India | 6/19/2012-9/18/2012 | | | |
| 118. | Life insurance policy in India | 2009 | | | |
| 119. | Notice of Electronic filing in Dist. of Mass. showing Indian address | 2014 | | | |
| 120. | Ohio registration for Harvester Energy LLC | 2014 | | | |

| No. | Description | Date | Bates or Dkt. No. | Objection | Response to Objection |
|---|---|---|---|---|---|
| 121. | Library membership information | 2010 | | | |
| 122. | Paying guest Leases | 2011-2015 | | | |
| 123. | Withdrawn | | | | |
| 124. | A Banerjee W2s | 2013-2015 | | | |
| 125. | Addendum to the Separation Agreement | 9/20/2012 | | Plaintiff objects to this document as never previously produced. Nor was it existence mentioned in any prior deposition or conference. | It was mentioned in deposition and the document existed in India and was retrieved when Defendant went to India recently. Also, this is the Final Exhibit list as per Page 7/8 of Transcript of Status Conference on 10/23. |

The parties reserve their right to introduce documents not listed above for the purpose of impeachment or rebuttal.

Jointly submitted,

| | |
|---|---|
| By: __/s/ Ben Hutman_____ | By: ___/s/ Sumanta Banerjee___ |
| Ben Hutman | Sumanta Banerjee |
| SADIS & GOLDBERG, LLP | *Pro Se* |
| 551 5th Avenue, 21st Floor | 1514 Cook School Rd. |
| New York, New York 10176 | Pittsburgh, PA 15241 |
| (212) 573-6675 | (203) 501-0797 |
| *Counsel for Plaintiff* | *Defendant* |