**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

               Plaintiff,

               -against-

SUMANTA BANERJEE,

               Defendant.

------------------------------------------------------------x

14-CV-913 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

An evidentiary hearing was held in this matter on March 3, 2020. A continued evidentiary hearing will be held on **Thursday, April 23, 2020**.

**SO ORDERED.**

Dated: March 5, 2020
      New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge