UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
| --- |
| SADIS & GOLDBERG, LLP |
| Plaintiff |
| vs. |
| SUMANTA BANERJEE |
| Defendant |

Case no :14-cv-000913 (LTS)

**Notice of Intent to Request Redaction**

I, Sumanta Banerjee, the defendant in this case am notifying the Court of my intent to request redactions of certain statements of the Evidentiary transcript of March 3, 2020. Additionally, there were several errata that should be corrected.

    Respectfully submitted,

    /s/ Sumanta Banerjee

Sumanta Banerjee
1514 Cook School Road
Pittsburgh, PA 15241
*Pro se*
zbacllc@gmail.com
April 22, 2020