July 24, 2020

**VIA ECF**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sadis & Goldberg, LLP v. Sumanta Banerjee, Dkt. No. 14-cv 00913(LTS)(OTW)*
*Request for Status Teleconference*

Dear Hon. Judge Wang,

The Defendant is requesting a status teleconference to confirm next steps now that the Plaintiff has filed their post evidentiary hearing brief. The transcript of the June $2_{nd}$ 2020 status conference has not been provided by the Plaintiff as of yet and we are unclear as to the next steps. My schedule is quite tight before August $24_{th}$, but will be available after August $24_{th}$ 2020 at the Court's convenience.

Respectfully submitted,

**Sumanta Banerjee**
*Pro se defendant*
1514 Cook School Rd
Pittsburgh, PA 15241
zbacllc@gmail.com