**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

                Plaintiff,

                -against-

SUMANTA BANERJEE,

                Defendant.

------------------------------------------------------------x

14-CV-913 (LTS) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge:**

      The Court has reviewed Defendant's motion to seal and the challenged exhibits. The motion to seal/redact is **GRANTED** as to specified portions of exhibits 25, 36-38, 43, 45-46, 88-90, 93, 95, 126, 133, and 134. The motion is also **GRANTED** as to the designated birthdates within exhibit 6 and the specific numbers only contained in the proposed redacted sections in exhibit 87. Defendant's motion is **DENIED** as to all other portions of exhibits 6 and 87. As the Court is unable to seal only portions of a docket entry under the new sealing procedures, the Clerk is respectfully directed to restrict viewing of the following filings to the parties and Court personnel only:

- ECF 201
- ECF 202

Plaintiff is directed to review the ECF Rules & Instructions, section 6, and refile its submissions, originally filed at ECF 201 and 202, with the granted redactions by **January 6, 2020**.

The Clerk is respectfully directed to close ECF 197[1] and ECF 215.

**SO ORDERED.**

Dated: December 10, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

---

[1] In ECF 197, Defendant "notif[ied] the Court of [his] intent to request redactions of certain statements of the Evidentiary transcript of March 3, 2020." (ECF 197 at 1). Defendant made no additional submissions. To the extent that the filing could be construed as a motion to seal the entire March 3, 2020 transcript, this request is denied.