**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SADIS & GOLDBERG, LLP,                    :
                                          :
            Plaintiff,                   :       14-CV-913 (LTS) (OTW)
                                          :
            -against-                    :
                                          :       **ORDER**
SUMANTA BANERJEE,                         :
                                          :
            Defendant.                   :
                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Despite the clear direction from the Court, (*see* ECF 225), Defendant failed to timely submit his opposition by January 19, 2021. Defendant has had since early November to complete his opposition and has been given multiple extensions throughout this case. Despite his *pro se* status, Defendant is expected to take seriously and comply with the Court's deadlines.

**Accordingly, Defendant's request for an extension to file his opposition is GRANTED in part *nunc pro tunc* and his opposition must be filed by February 5, 2021. There will be no further extensions.**

The Clerk is respectfully directed to close ECF 232 and ECF 234. Plaintiff is directed to serve a copy of this order on Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: January 22, 2021
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge