

Joint Exhibit
**013**
14-cv-00913(LTS)(OTW)

BANER-000436
Scanned with CamScanner







BANER-000439
Scanned with CamScanner



16

17

Visas

Visas

Whatever America hopes to bring to pass in the world must first come to pass in the heart of America.
*Dwight D. Eisenhower*