**AJ- 0480022 THE KOLKATA MUNICIPAL CORPORATION**

| | |
|---|---|
| DEPARTMENT LICENCE | RECEIPT 017500   DATE 25/08/2015   TIME 10:59:1 |
| UNIT/ZONE/BOROUGH | OPERATOR 20601   COUNTER 8 |
| | GOPAL CHANDRA HAZRA |
| WARD 069 | |
| PARTICULARS CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE 12 (GARIAHAT) |

```
Financial Year :2015-2016      C.E. No : [redacted]
Demand Type :Renewal           Demand Nature :Primary(0)
Assessee No :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE,SALIL BANERJEE, REBA BANERJEE & AKSHITA B/
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY

Parameter              Unit Value
AREA(sq.ft.)           200
WITH AC                Y

Section No-Description(As per KMC Act,1980)              Amount(Rs.
199-Certificate of Enlistment                            150
435-Non-Residential Use                                  500
    Processing Fee                                       50


** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred  only
Mode  Chq/DD No Chq/DD Date  Bank Name   Branch  Name
CASH                                                     Amount(R
                                                         700.00


This receipt read with the demand notice will be treated as
Certificate of Enlistment
TREASURER                                                E. and O.E.
                                                         SIGNATURE OF OPERAT
```

*Please do not fold & put any mark on BARCODE

**Joint Exhibit 113**
14-cv-00913(LTS)(OTW)

CORPORATION TAX PROOF

## C-AH- 0844195 THE KOLKATA MUNICIPAL CORPORATION

| DEPARTMENT: LICENCE | RECEIPT: 004535  DATE: 16/06/2014  TIME: 1:34:2? |
|---|---|
| UNIT/ZONE/BOROUGH: | OPERATOR: 99665  COUNTER:  ABUL ASLAM |
| WARD: 069 | |
| PARTICULARS: CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE: 12 (GARIAHAT) |

```
Financial Year  :2014-2015      C.E. No : ●●●●●●●●●●●
Demand Type :Renewal            Demand Nature :Primary(0)
Assessee No :140690801024
M/S  :ZBAC ENTERPRISE  *
Name of CE Holder :SUMANTA BANERJEE,SALIL BANERJEE, REBA BANERJEE & AKSHITA BA
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY
Parameter            Unit Value
AREA(sq.ft.)         200
WITH AC              Y
```

```
Section No-Description(As per KMC Act,1980)                      Amount(Rs.)
199-Certificate of Enlistment                                    150
435-Non-Residential Use                                          500
    ARREAR FOR 2012-2013 TO 2013-2014                            1850
    Processing Fee                                               50
```

```
** TOTAL AMOUNT PAID :Rs.2550.00
** AMOUNT IN WORDS : Rupees Two Thousand Five Hundred Fifty only
Mode    Chq/DD No  Chq/DD Date   Bank Name    Branch Name           Amount(Rs
CASH                                                                 2550.00
```

This receipt read with the demand notice will be treated as Certificate of Enlistment
TREASURER                                              E. and O.E.  SIGNATURE OF OPERAT(

Please do not fold & put any mark on BARCODE

 

# CENTRAL BOARD OF EXCISE AND CUSTOMS
### Ministry of Finance – Department of Revenue

## FORM ST-2

Shri/Ms. ZBAC ENTERPRISE, A58/1/142, BALLYGUNGE CIRCULAR ROAD, KOLKATA 700019 having undertaken to comply with the conditions prescribed in Chapter V of the Finance Act,1994 read with the Service Tax Rules,1994, and any orders issued thereunder is hereby certified to have been registered with the Central Excise Department. The Service Tax Code and other details are mentioned hereunder.

| | |
|---|---|
| Name : | ZBAC ENTERPRISE |
| Address : | A58/1/142, BALLYGUNGE CIRCULAR ROAD, KOLKATA 700019 |
| PAN No : | [redacted] |
| Name as in PAN : | ZBAC ENTERPRISE |
| Nature of registration : | Registration of a single premise |
| Service Tax Code (Registration Number) : | [redacted] |
| Taxable services : | MANAGEMENT CONSULTANTS |

### ADDRESS OF BUISNESS PREMISES

| | | | |
|---|---|---|---|
| Name Of Premises/Building : | X | Flat / Door / Block No : | X |
| Road / Street / Lane : | A58/1/142, BALLYGUNGE CIRCULAR ROAD | Village / Area / Lane : | BALLYGUNGE |
| Block / Taluk / Sub-Division / Town : | KOLKATA | Post Office : | BALLYGUNGE |
| City / District : | KOLKATA | State / Union Territory : | WEST BENGAL |
| PIN : | 700019 | Phone Number-1 : | 9971688988 |
| Phone Number-2 : | [redacted] | Fax Number-1 : | |
| Fax Number 2 : | | Email Address : | [redacted] |
| Premises Code : | SB0304A002 | | |

| Sl No | Types of Services | Accounting Codes | |
|---|---|---|---|
| | | Tax Collection | Other Receipts (Interest / Penalty) |
| 1 | MANAGEMENT CONSULTANTS | 00440116 | 00440117 |
| 2 | EDUCATION CESS | 00440298 | 00440299 |
| 3 | SECONDARY AND HIGHER EDUCATION CESS | 00440426 | 00440427 |

Note :
1. In case the registrant starts providing any other taxable service (other than those mentioned above), he shall intimate the department.
2. In case the registrant starts billing from other premises (other than those mentioned above), he shall intimate the department.
3. These intimations and any other information which registrant wishes to bring to the notice of the department can be submitted on-line by the registrant after logging on to web-site.
4. This registration certificate is not transferable.
5. List of Accounting Codes is Enclosed. These may invariably be furnished in the challan at the time of making payment of service tax.

| | |
|---|---|
| Remarks : | DOCUMENTS VERIFIED AND FOUND IN ORDER. |
| Upload File : | |

Date of Issue of Original ST-2 : 04/11/2011

Name and Signature of Central Excise Officer With Official Seal

CC ( by e-mail ) To -
(1) The Pay And Accounts Officer (SERVICE TAX - KOLKATA)
(2) The Superintendent of Central Excise (RANGE-IV)

Page 1 of 1

# THE KOLKATA MUNICIPAL CORPORATION

AG-0584605   LICENCE   AG-0584605

| | | | |
|---|---|---|---|
| **DEPARTMENT:** 4 | **RECEIPT:** 016891 | **DATE:** 19/08/2013 | **TIME:** 11:2 |
| **UNIT/ZONE/BOROUGH:** | **OPERATOR:** 20601 GOPAL CHANDRA HAZRA | | **COUNTER:** 8 |
| **WARD:** 069 | | | |
| **PARTICULARS:** CERTIFICATE OF ENLISTMENT | **COLLECTION CENTRE:** 12 (GARIAHAT) | | |

```
Financial Year   :2013-2014        C.E. No    :001904006896
Demand Type      :Renewal          Demand Nature :Primary(0)
Assessee No      :140690801024
M/S              :SASSA PARTNERS
Name of CE Holder :SUMANTA BANERJEE, REBA BANERJEE & AKSHITA BANERJEE
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
Nature of Trade  :OFFICE OF - MANAGEMENT CONSULTANCE

Parameter                  Unit Value
AREA(sq.ft.)               200
WITH AC                    Y
```

| Section No-Description(As per KMC Act,1980) | Amount(R |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435-Non-Residential Use | 500 |
| ARREAR FOR 2012-2013 | 800 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.1500.00
** AMOUNT IN WORDS : Rupees One Thousand Five Hundred  only
Mode    Chq/DD No  Chq/DD Date   Bank Name     Branch Name       Amount
CASH                                                             1500.
```

This receipt read with the original demand notice will be treated as Certificate of Enlistment

**TREASURER**                                           E. and O.E
                                                        SIGNATURE OF O

*Please do not fold & put any mark on BARCODE



# THE KOLKATA MUNICIPAL CORPORATION

CC-AH- 0844195

| | |
|---|---|
| DEPARTMENT: LICENCE | RECEIPT: 004535   DATE: 16/06/2014   TIME: 1:34:25 |
| UNIT/ZONE/BOROUGH: 4 | OPERATOR: 39665   COUNTER: 5 |
| WARD: 069 | ABUL ASLAM |
| PARTICULARS: CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE: 12 (GARIAHAT) |

```
Financial Year :2014-2015          C.E. No :001844006894
Demand Type  :Renewal              Demand Nature :Primary(0)
Assessee No  :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE, SALIL BANERJEE, REBA BANERJEE & AKSHITA BA
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY
```

| Parameter | Unit Value |
|---|---|
| AREA(sq.ft.) | 200 |
| WITH AC | Y |

| Section No-Description(As per KMC Act,1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435-Non-Residential Use | 500 |
| ARREAR FOR 2012-2013 TO 2013-2014 | 1850 |
| Processing Fee | 50 |

** TOTAL AMOUNT PAID :Rs.2550.00
** AMOUNT IN WORDS : Rupees Two Thousand Five Hundred Fifty only

| Mode | Chq/DD No | Chq/DD Date | Bank Name | Branch Name | Amount(Rs |
|---|---|---|---|---|---|
| CASH | | | | | 2550.00 |

This receipt read with the demand notice will be treated as Certificate of Enlistment

TREASURER                                              SIGNATURE OF OPERATOR
                                                       E. and O.E.

Please do not fold & put any mark on BARCODE

# CC-AH- 0844194 THE KOLKATA MUNICIPAL CORPORATION

AH-0844194

| | | | |
|---|---|---|---|
| DEPARTMENT: LICENCE | RECEIPT: 004534 | DATE: 16/06/2014 | TIME: 1:33 |
| UNIT/ZONE/BOROUGH: 4 | OPERATOR: 59665 ABUL ASLAM | | COUNTER: 6 |
| WARD: 069 | | | |
| PARTICULARS: CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE: 12 (GARIAHAT) | | |

```
Financial Year  :2014-2015       C.E. No :001904006896
Demand Type :Renewal             Demand Nature :Primary(0)
Assessee No :140690801024
M/S :SASSA PARTNERS
Name of CE Holder :SUMANTA BANERJEE, REBA BANERJEE & AKSHITA BANERJEE
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
58/1, BALLYGUNGE CIRCULAR ROAD, 14TH FLOOR , 700019
Nature of Trade :OFFICE OF  - MANAGEMENT CONSULTANCE
Parameter                        Unit Value
  AREA(sq.ft.)                   200
  WITH AC                        Y
```



| Section No-Description(As per KMC Act.1980) | Amount(Rs) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435-Non-Residential Use | 500 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred  only
  Mode   Chq/DD No Chq/DD Date  Bank Name   Branch  Name            Amount
  CASH                                                              700.0
```

This receipt read with the demand notice will be treated as Certificate of Enlistment

TREASURER                                                      SIGNATURE OF OPE
                                                    E. and O.E.



*Please do not fold & put any mark on BARCODE

# C-AL- 0189064 THE KOLKATA MUNICIPAL CORPORATION

| | |
|---|---|
| DEPARTMENT : LICENCE | RECEIPT : 011249 |
| UNIT/ZONE/BOROUGH : 4 | DATE : 15/11/2016  11:04:33 |
| WARD : 069 | OPERATOR : 75884 RAJU KONAI |
| PARTICULARS : CERTIFICATE OF ENLISTMENT | COUNTER : 4 |
| | COLLECTION CENTRE : 12 (GARIAHAT) |

```
Financial Year :2016-2017        C.E. No :001844006894(Permanent)
Demand Type :Renewal             Demand Nature :Primary(0)
Assessee No :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE,SALIL BANERJEE, REBA BANERJEE & AKSHITA BAN
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY

Parameter                        Unit Value
AREA(sq.ft.)                     200
WITH AC                          Y
```

| Section No-Description(As per KMC Act.1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435/435A -Non-Residential Use | 500 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred  only
Mode   Chq/DD No Chq/DD Date   Bank Name    Branch Name        Amount(Rs.)
CASH                                                           700.00
```

TREASURER

This receipt read with the demand notice will be treated as Certificate of Enlistment

SIGNATURE OF OPERATOR

E. and O.E.



*Please do not fold & put any mark on BARCODE

C-AJ- 0480022 **THE KOLKATA MUNICIPAL CORPORATION**

AJ-0480022

| | | | |
|---|---|---|---|
| DEPARTMENT : LICENCE | RECEIPT : 017500 | DATE : 25/08/2015 | TIME : 10:59:1 |
| UNIT/ZONE/BOROUGH : 4 | OPERATOR : 20601 GOPAL CHANDRA HAZRA | | COUNTER : 8 |
| WARD : 069 | | | |
| PARTICULARS : CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE : 12 (GARIAHAT) | | |

```
Financial Year :2015-2016        C.E. No :001844006894
Demand Type :Renewal             Demand Nature :Primary(0)
Assessee No :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE,SALIL BANERJEE, REBA BANERJEE & AKSHITA BA
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY

Parameter                Unit Value
AREA(sq.ft.)             200
WITH AC                  Y
```



| Section No-Description(As per KMC Act,1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435-Non-Residential Use | 500 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred  only
Mode   Chq/DD No  Chq/DD Date   Bank Name    Branch  Name        Amount(Rs)
CASH                                                              700.00
```

This receipt read with the demand notice will be treated as Certificate of Enlistment

TREASURER                                             SIGNATURE OF OPERAT

E. and O.E.

*Please do not fold & put any mark on BARCODE

C-AJ- 0480021 **THE KOLKATA MUNICIPAL CORPORATION**

| | |
|---|---|
| DEPARTMENT: LICENCE | RECEIPT: 017499   DATE: 25/08/2015   TIME: 10:59:0   AJ-0480021 |
| UNIT/ZONE/BOROUGH: 4 | OPERATOR: 20601   COUNTER: 8 |
| WARD: 069 | GOPAL CHANDRA HAZRA |
| PARTICULARS: CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE: 12 (GARIAHAT) |

```
Financial Year :2015-2016        C.E. No :001904006896
Demand Type :Renewal             Demand Nature :Primary(0)
Assessee No :140690801024
M/S :SASSA PARTNERS
Name of CE Holder :SUMANTA BANERJEE, REBA BANERJEE & AKSHITA BANERJEE
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
58/1, BALLYGUNGE CIRCULAR ROAD, 14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCE

Parameter                        Unit Value
  AREA(sq.ft.)                     200
  WITH AC                          Y
```

| Section No-Description(As per KMC Act,1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435-Non-Residential Use | 500 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred only
Mode   Chq/DD No  Chq/DD Date   Bank Name   Branch Name       Amount(Rs
CASH                                                            700.00
```

This receipt read with the demand notice will be treated as Certificate of Enlistment

TREASURER
E. and O.E.
SIGNATURE OF OPERATOR

*Please do not fold & put any mark on BARCODE

# C-AN-0149398 THE KOLKATA MUNICIPAL CORPORATION

| | | | |
|---|---|---|---|
| **DEPARTMENT:** LICENCE | **RECEIPT:** 008055 | **DATE:** 05/07/2018 | AN-0149398 **TIME:** 11:27:5 |
| **UNIT/ZONE/BOROUGH:** 4 | **OPERATOR:** 65761 ASISH MUKHERJEE | | **COUNTER:** 5 |
| **WARD:** 069 | | | |
| **PARTICULARS:** CERTIFICATE OF ENLISTMENT | **COLLECTION CENTRE:** 12 (GARIAHAT) | | |

Financial Year :2018-2019        C.E. No :001844006894(Permanent)
Demand Type :Renewal              Demand Nature :Primary(0)
Assessee No :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE,SALIL BANERJEE, REBA BANERJEE & AKSHITA BAN
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY

| Parameter | Unit Value |
|---|---|
| AREA(sq.ft.) | 200 |
| WITH AC | Y |

| Section No-Description(As per KMC Act,1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435/435A -Non-Residential Use | 500 |
| Processing Fee | 50 |



** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred  only

| Mode | Chq/DD No | Chq/DD Date | Bank Name | Branch Name | Amount(Rs. |
|---|---|---|---|---|---|
| CASH | | | | | 700.00 |

This receipt read with the demand notice will be treated as
Certificate of Enlistment
TREASURER                                                                 SIGNATURE OF OPERATO
                                                         E. and O.E.

# THE KOLKATA MUNICIPAL CORPORATION

CC-AM-0080778                                                                 AM-0080778

| DEPARTMENT: LICENCE | RECEIPT: 012726 | DATE: 21/08/2017 | TIME: 11:19:3 |
|---|---|---|---|
| UNIT/ZONE/BOROUGH: 4 | OPERATOR: 33113 SWAPAN CHAUDHURI | | COUNTER: 6 |
| WARD: 069 | | | |
| PARTICULARS: CERTIFICATE OF ENLISTMENT | COLLECTION CENTRE: 12 (GARIAHAT) | | |

```
Financial Year :2017-2018          C.E. No :001844006894(Permanent)
Demand Type :Renewal               Demand Nature :Primary(0)
Assessee No :140690801024
M/S :ZBAC ENTERPRISE
Name of CE Holder :SUMANTA BANERJEE, SALIL BANERJEE, REBA BANERJEE & AKSHITA BA
Business Address :A58/1/142 BALLYGUNGE CIRCULAR ROAD
14TH FLOOR , 700019
Nature of Trade :OFFICE OF - MANAGEMENT CONSULTANCY

Parameter              Unit Value
AREA(sq.ft.)           200
WITH AC                Y
```

| Section No-Description(As per KMC Act,1980) | Amount(Rs.) |
|---|---|
| 199-Certificate of Enlistment | 150 |
| 435/435A -Non-Residential Use | 500 |
| Processing Fee | 50 |

```
** TOTAL AMOUNT PAID :Rs.700.00
** AMOUNT IN WORDS : Rupees Seven Hundred only
Mode   Chq/DD No  Chq/DD Date   Bank Name    Branch Name          Amount(Rs
CASH                                                               700.00
```

This receipt read with the demand notice will be treated as Certificate of Enlistment

TREASURER                                           E. and O.E. SIGNATURE OF OPERAT



*Please do not fold & put any mark on BARCODE

\* Important : Please see notes overleaf before filling up the challan

Single Copy (to be sent to the ZAO)

| CHALLAN NO./ ITNS 280 | Tax Applicable (Tick One)* |
|---|---|
| | (0020) INCOME-TAX ON COMPANIES (CORPORATION TAX) ☐ |
| | (0021) INCOME TAX (OTHER THAN COMPANIES) ✓ |

Assessment Year: 2 0 1 1 - 1 2

Permanent Account Number
A U P P B 2 5 5 2 B

Full Name
S U M A N T A   B A N E R J E E

Complete Address with City & State
1 4 2 B , S A P T A P A R N I , 5 8 / 1 , B A L L Y G U N G E   C I R C U L A R   R O A D , K O L K A T A - 7 0 0 0 1 9

Tel. No.  Pin 7 0 0 0 1 9

**Type of Payment** (Tick One)

Advance Tax (100) ☐
Self Assessment Tax (300) ☐
Tax on Regular Assessment (400) ✓

Surtax (102) ☐
Tax on Distributed Profits of Domestic Companies (106) ☐
Tax on Distributed Income to Unit Holders (107) ☐

| DETAILS OF PAYMENTS | Amount (in Rs. Only) |
|---|---|
| Income Tax | 4 1 6 2 9 0 |
| Surcharge | |
| Education Cess | |
| Interest | |
| Penalty | |
| Others | |
| Total | 4 1 6 2 9 0 |

FOR USE IN RECEIVING BANK
Debit to A/c / Cheque credited on
DD - MM - YY
SPACE FOR BANK SEAL

Total (in words)

| CRORES | LACS | THOUSANDS | HUNDREDS | TENS | UNITS |
|---|---|---|---|---|---|
| — | FOUR | SIXTEEN | TWO | NINE | ZERO |

Paid in Cash/Debit to A/c /Cheque No.     Dated
Drawn on
(Name of the Bank and Branch)

Date:
Signature of person making payment     Rs.

**Taxpayers Counterfoil** (To be filled up by tax payer)

SPACE FOR BANK SEAL

PAN  A U P P B 2 5 5 2 B
Received from  SUMANTA BANERJEE
(Name)

Cash/ Debit to A/c /Cheque No.        For Rs. 416290/=
Rs. (in words) Four lakhs sixteen thousand two hundred ninety only
Drawn on
(Name of the Bank and Branch)

on account of ~~Companies~~/Other than Companies/Tax
Income Tax on Regular Asst (400) (Strike out whichever is not applicable)
Type of Payment  (To be filled up by person making the payment)
for the Assessment Year  2 0 1 1 - 1 2       Rs.

Printed from www.incometaxindia.gov.in                    Page 1 of 2

Page 12 of 12