ए-25/27, आसफ अली रोड, नई दिल्ली-110 002
वेबसाइट : www.orientalinsurance.org.in देखें
कृपया अपनी पत्राचार पॉलिसी जारी कर्ता कार्यालय से करें CIN : U66010DL1947GOI007158

Regd. & Head Office : A-25/27, Asaf Ali Road, New Delhi - 110 002
Visit us at : www.orientalinsurance.org.in
Address all correspondence to issuing office

# MOTOR INSURANCE CERTIFICATE CUM POLICY SCHEDULE

## PRIVATE CAR PACKAGE POLICY - ZONE A

ORIENTAL MYTVS EMERGENCY ROADSIDE ASSISTANCE SCHEME
Membership No. 1772/311604
Policy No. 311604/1747
Contact 24x7 HelplineNo.1800 425 2002 (BSNL/MTNL Lines) 6000 2002 (prefix state capital STD code)

| | | | | |
|---|---|---|---|---|
| Policy No | : 311604/31/2015/1747 | Prev Policy No | : | 272200/31/2014/4871 |
| Cover Note No | : - | Cover Note Dt | : | |
| Insured's Code | : 65827877 | Issue Office Code | : | 311604 |
| Insured's Name | : MR. SUMANTO BANERJEE. | Issue Office Name | : | BO GARIA |
| Address | 58/1, BALLYGUNGE CERCULAR ROAD. KOLKATA- 700019 | Address | : | A & B BLOCK,2 ND FLOOR,212 RASHBEHARI AVENUE, GARIAHAT MARKET COMPLEX,KOLKATTA - 700019 KOLKATA WEST BENGAL 700019 |
| Tel /Fax /Email | : / / NA | Tel /Fax /Email | : | 033-2460-1601,2460-1599 / / 311604@ORIENTALINSURANCE.CO.IN |

**Agent/Broker Details**

| | |
|---|---|
| Dev.Off.Code | : NA0000006865 SAJAL KR. BOSE |
| Agent/Broker | : BA0000087517 MR.UTPAL KR.DUTTA |
| Address | : 61,BIP.KANAI BHATTACHARYA STREET,JOYNAGAR,MOJILPUR,KOLKATA-743 337,SOUTH 24 PARAGANAS,WEST BENGAL,743337 |
| Tel /Fax /Email | : 9733919877//NA |

Period of Insurance : FROM 00:00 ON 15/03/2015 TO MIDNIGHT OF 14/03/2016

Collection No & Dt : CSH 4013004682 - 19/02/2015

Gross Premium : 11,009 Service Tax : 1,361 Stamp Duty : 5 Total : 12,370

Geographical Area : INDIA Area Extension :

**Particulars of Insured Vehicle:**

| Registration Mark & Place | Engine No. & Chassis No. | Make - Model | Type Of Body | Cubic Capacity | Year Of Manf. | Seating Capacity (including Driver) |
|---|---|---|---|---|---|---|
| HR 26 AB 1918 RTO Gurgaon | JGA4J22444 MA1YA2JGKA2J68686 | MAHINDRA & MAHINDRA-MAHINDRA Xylo 2.5 E2 | SALOON | 2498 | 2010 | 7 + 1 |

**Limitations as to use:**

1 The Policy covers use of the vehicle for any purpose other than: a) Hire or Reward b) Carriage of goods (other than samples or personal luggage) c) Organized racing d) Pace making e) Speed testing f) Reliability Trials g) Use in connection with Motor Trade

**Driver:**

Any person including the insured, Provided that a person driving holds an effective driving license at the time of the accident and is not disqualified from holding or obtaining such a license. Provided also that the person holding an effective Learner's license may also drive the vehicle and that such a person satisfies the requirements of Rule 3 of the Central Motor Vehicles Rules, 1989.

**Limit of Liability:**

Under Section II-I(1) in respect of any one accident: as per Motor Vehicles Act, 1988.

Under Section II-I(ii) in respect of any one claim or series of claims arising out of one event is Rs. 750000

P.A. Cover under Section III for Registered Owner Cum Driver (CSI) : Rs. 200000

**Insured's Declared Value**

| For the Vehicle | For Trailers | Non Electrical Accessories | Electrical Accessories | Value of CNG LPG Kit | Total Value |
|---|---|---|---|---|---|
| 4,31,250 | 0 | | | 0 | 4,31,250 |

Place : KOLKATA

Date : 19/02/2015

IRDA-REGNO-556

THE ORIENTAL INSURANCE CO. LTD. C.B.O-II Kol-19

Page 1 of 2

Joint Exhibit 117 14-cv-00913(LTS)(OTW)



दि ओरिएण्टल इंश्योरेंस कम्पनी लिमिटेड
पंजीकृत एवं मुख्य कार्यालय :
ए-25/27, आसफ अली रोड, नई दिल्ली-110002
वेबसाईट :www.orientalinsurance.org.in देखें
कृपया अपनी पत्राचार पॉलीसी जारीकर्ता कार्यालय से करें।

THE ORIENTAL INSURANCE COMPANY LIMITED
Regd. & Head Office :
A-25/27, Asaf Ali Road, New Delhi-110002
visit us at : www.orientalinsurance.org.in
Address all communications to policy issuing office

Digitally signed by SINGH NAGENDRA KUMAR Date: 2014.03.14

## MOTOR INSURANCE CERTIFICATE CUM POLICY SCHEDULE
## PRIVATE CAR PACKAGE POLICY - ZONE B

**OUR ORIENTAL - MY TVS EMERGENCY ROADSIDE ASSISTANCE SCHEME**
**Membership No.** 6989/272200
**Policy No.** 272200/4660
**Contact 24x7 HelplineNo.1800 425 2002 (BSNL/MTNL Lines) 6000 2002 (prefix state capital STD code)**

| | | | |
|---|---|---|---|
| **Policy No** | : **272200/31/2013/4660** | **Prev Policy No** | : **272200/31/2012/5469** |
| Cover Note No | : - | Cover Note Dt | : |
| Insured's Code | : 48154837 | Issue Office Code | : 272200 |
| Insured's Name | : MR SUMANTO BANERJEE | Issue Office Name | : DO 3 NEW DELHI |
| Address | : 69 JORBAGH NEW DELHI 110003<br>DELHI DELHI 110003 | Address | : 4E/14. AZAD BHAWAN JHANDELWALAN EXT.<br>DELHI 110055 |
| Tel /Fax /Email | : 9818426931 / / beteille.ssp@gmail.com | Tel /Fax /Email | : 011-23521032, 23528892 / 011-23526640, 23521035 / bssharma@orientalinsurance.co.in |

**Agent/Broker Details**

**Dev.Off.Code** NA0000000661 MUKESH SHARMA
**Agent/Broker** : BA0000010248 AJAY KHANDELWAL
**Address** : H-394,,NARAINA VIHAR,NEW DELHI-110028,DELHI,DELHI,110028
**Tel /Fax /Email** : 1125794534/011-25794534//ajay394@hotmail.com

Period of Insurance : FROM 00:00 ON 15/03/2013 TO MIDNIGHT OF 14/03/2014
Collection No & Dt : CC 2319010792 - 14/03/2013
Gross Premium : 13,119 Service Tax : 1,622 Stamp Duty : 5 Total : 14,741
Geographical Area : INDIA Area Extension :

**Particulars of Insured Vehicle:**

| Registration Mark & Place | Engine No. & Chassis No. | Make - Model | Type Of Body | Cubic Capacity | Year Of Manf. | Seating Capacity (including Driver) |
|---|---|---|---|---|---|---|
| HR 26 AB 1918<br>RTO Gurgaon | J22444<br>J68686 | MAHINDRA & MAHINDRA-MAHINDRA Xylo 2.5 E2 | SALOON | 2498 | 2010 | 7 + 1 |

**Limitations as to use:**

1 The Policy covers use of the vehicle for any purpose other than a) Hire or Reward b) Carriage of goods (other than samples or personal luggage) c) Organized racing d) Pace making e) Speed testing f) Reliability Trials g) Use in connection with Motor Trade

Driver :

Any person including the insured, Provided that a person driving holds an effective driving license at the time of the accident and is not disqualified from holding or obtaining such a license. Provided also that the person holding an effective Learner's license may also drive the vehicle and that such a person satisfies the requirements of Rule 3 of the Central Motor Vehicles Rules, 1989.

**Limit of Liability:**

Place :

Date : 14/03/2013

This is an electronically generated document (Policy Schedule).The Policy document duly stamped will be sent by post.

In case of any query regarding the Policy please call Toll Free No. 1800 11 8485 and 011 33208485.

All the Amounts mentioned in this policy are in Indian Rupees

For and on behalf of
The Oriental Insurance Company Limited

N K Singh
General Manager
Authorised Signatory

Now you can buy and renew selected policies online at www.orientalinsurance.org.in

दि ओरिएण्टल इंश्योरेंस कम्पनी लिमिटेड
(भारत सरकार का एक उपक्रम)

THE ORIENTAL INSURANCE COMPANY LIMITED
(A Govt. of India Undertaking)

## MOTOR INSURANCE CERTIFICATE CUM POLICY SCHEDULE
## PRIVATE CAR PACKAGE POLICY - ZONE B

OUR ORIENTAL - MY TVS EMERGENCY ROADSIDE ASSISTANCE SCHEME
Membership No. 8412/272200
Policy No. 272200/4871
Contact 24x7 HelplineNo.1800 425 2002 (BSNL/MTNL Lines) 6000 2002 (prefix state capital STD code)

| | | | |
|---|---|---|---|
| **Policy No** | : 272200/31/2014/4871 | **Prev Policy No** | : 272200/31/2013/4660 |
| Cover Note No | : - | Cover Note Dt | : |
| Insured's Code | : 48154837 | Issue Office Code | : 272200 |
| Insured's Name | : MR SUMANTO BANERJEE | Issue Office Name | : DO 3 NEW DELHI |
| Address | : 69 JORBAGH NEW DELHI 110003<br>DELHI DELHI 110003 | Address | : 4E/14. AZAD BHAWAN JHANDELWALAN EXT.<br>NEW DELHI DELHI 110055 |
| Tel /Fax /Email | : 9818426931 / / beteille.ssp@gmail.com | Tel /Fax /Email | : 011-23526356/640 / 011-23526640, 23521035 / suni..gupta@orientalinsurance.co.in |

**Agent/Broker Details**

**Dev.Off.Code** NA0000000661 MUKESH SHARMA
**Agent/Broker** : BA0000010248 AJAY KHANDELWAL
**Address** : H-394,,NARAINA VIHAR,NEW DELHI-110028,DELHI,DELHI,110028
**Tel /Fax /Email** : 1125794534/011-25794534//ajay394@hotmail.com

Period of Insurance : FROM 00:00 ON 15/03/2014 TO MIDNIGHT OF 14/03/2015

Collection No & Dt : CHQ 2319010514 - 14/03/2014

Gross Premium : 11,934 Service Tax : 1,475 Stamp Duty : .5 Total : 13,409

Geographical Area : INDIA Area Extension :

**Particulars of Insured Vehicle:**

| Registration Mark & Place | Engine No. & Chassis No. | Make - Model | Type Of Body | Cubic Capacity | Year Of Manf. | Seating Capacity (including Driver) |
|---|---|---|---|---|---|---|
| HR 26 AB 1918 RTO Gurgaon | J22444 J68686 | MAHINDRA & MAHINDRA-MAHINDRA Xylo 2.5 E2 | SALOON | 2498 | 2010 | 7 + 1 |

**Limitations as to use:**

1 The Policy covers use of the vehicle for any purpose other than a) Hire or Reward b) Carriage of goods (other than samples or personal luggage) c) Organized racing d) Pace making e) Speed testing f) Reliability Trials g) Use in connection with Motor Trade

Driver :

Any person including the insured, Provided that a person driving holds an effective driving license at the time of the accident and is not disqualified from holding or obtaining such a license. Provided also that the person holding an effective Learner's license may also drive the vehicle and that such a person satisfies the requirements of Rule 3 of the Central Motor Vehicles Rules, 1989.

**Limit of Liability:**

Place : NEW DELHI
Date : 14/03/2014

For and on behalf of
The Oriental Insurance Company Limited

Authorised Signatory

In case of any query regarding the Policy please call Toll Free No. 1800 11 8485 and 011 33208485.

All the Amounts mentioned in this policy are in Indian Rupees

Page 1 of 3

IRDA Regn. No. 556 - Now you can buy and renew selected policies online at www.orientalinsurance.org.in

पंजीकृत एवं प्रधान कार्यालय : ए-25/27, आसफ अली रोड, नई दिल्ली 110 002, वेबसाइट www.orientalinsurance.nic.in देखें। कृपया अपना पत्राचार पॉलिसी जारी कर्ता कार्यालय से करें।
Regd. & Head Office : A-25/27, Asaf Ali Road, New Delhi-110 002, Visit us at www.orientalinsurance.nic.in, Address all communications to Policy Issuing Office
Page 3 of 5

GOVERNMENT OF WEST BENGAL

**CERTIFICATE OF REGISTRATION**

FORM 23A

Registration No: HR26AB1918

Reg Date: 12/01 [illegible] Valid Upto 11/01/2026

Veh. Class L M [illegible] Manufacturer: M&M

Model XY [illegible] MDI CRDE 2WD 8S,BSIV

Engine No JG [illegible] 4

Chassis No MA [illegible] GKA2J68686

Owner S [illegible] NERJEE

Address

58/1, BAL [illegible] ULAR ROAD, KOLKATA

700019

Registering Authority P V D. Kolkata Registering Authority Sign

GOVERNMENT OF WEST BENGAL

No.

PUBLIC VEHICLES DEPARTMENT, CALCUTTA

| | | | |
|---|---|---|---|
| Received | Rs. | J1245686 | as tax (1) |
| | Rs. | | as penalty (2) |
| | Rs. | | as addl./O.T. tax (3) |
| | Rs. | 80000 | as penalty (4) |
| | Rs. | 16000 | as Spl. tax & penalty (5) |
| | Rs. | | as D. tax (6) |
| | Rs. | | as S/C (7) |
| Total | Rs. | | (Rupees |

for the period from TW Welfare Cess 20 To

on Vehicle No. Transaction Fee 20

Date 96040 Cashier, PVD, Cal

(in words) Ninety Six Thousand Forty Only

(1), (2), (5) & (6) under W.B.M.V. Tax Act, 1979, as amended upto date (3) & (4) under W.B.M.V. Tax & O.T. Tax on M.V. Act, 1989, as amended up to date.

HR26AB1918

08-Sep-2014

N.B.—(a) Token must be exhibited on vehicle

(b) Non-exhibition makes owner punishable

Director, P.V.D. Calcutta, Form No. 1

SARASWATY PRESS LTD

W.B.M.V. TAX ACT, 1979 and W.B.A. TAX & O.T. TAX ON M.V. ACT, 1989 • GOVT. OF WEST BENGAL
TOKEN
No.
CALCUTTA
J1245686
Dtd.08-Sep-2014
Veh. No.
Expires
HR26AB1918
Cashier, P.V.D.
For Taxing Officer
Life Time Tax

Director, PVD, Calcutta, Form No.

J 1245686

1245686