DOC ID --> 201426900075



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/26/2014 | 201426900075 | AMEND/ARTICLES-ORGANIZATION/DOM. LLC (LAND) | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Receipt

This is not a bill. Please do not remit payment.

HARVESTER ENERGY LLC
AKSHITA BANERJEE
304 HARVESTER CIRCLE
PITTSBURGH, PA 15241

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted

2327834

It is hereby certified that the Secretary of State of Ohio does hereby certify the business records for

**HARVESTER ENERGY LLC**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):
**AMEND/ARTICLES-ORGANIZATION/DOM. LLC**              201426900075

Effective Date: 09/25/2014



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 26th day of September, A.D. 2014.

*Jon Husted*
Ohio Secretary of State

Joint Exhibit
**120**
14-cv-00913(LTS)(OTW)

DOC ID ---> 201426900875

Form 543A Prescribed by:
Ohio Secretary of State



**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

2014 SEP 25 AM 11:28

# Domestic Limited Liability Company Certificate of Amendment or Restatement

Filing Fee: $50

**(CHECK ONLY ONE (1) BOX)**

(1) Domestic Limited Liability Company
☒ Amendment (123 LARA)

Date of Formation: 9/1/14

(2) Domestic Limited Liability Company
☐ Restatement (123 LRA)

Date of Formation: ____

The undersigned authorized representative of

Name of limited liability company: HARVESTER ENERGY LLC

Registration Number: 232783

The name of the limited liability company shall be

Name must include one of the following words or abbreviations: "limited liability company", "limited", "LLC", "L.L.C.", "ltd." or "ltd"

The limited liability company shall exist by a person of

Period of Existence:

Purpose:

If box (1) Amendment is checked, only complete sections that apply. If box (2) Restatement is checked all sections below must be completed.

Form 543A
Page 1 of 2
Last Revised 11/29/12

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Must be signed by a member, manager or other representative.

If authorized representative is an individual (i.e. she), must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity not an individual, then please print the business name on the "signature" box, an authorized representative of the business entity, must sign in the "By" box and print their name in the "Print Name" box.

HARVESTER ENERGY LLC

Signature

[signature]

By (if applicable)

Print Name

AKSHITA  KANT RICE

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name