

WEST BENGAL

PAYING GUEST ACCOMMODATION AGREEMENT

This Agreement made at Kolkata, West Bengal on June 1, 2011, Between Hena Chatterjee, with permanent residence 47-G 58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter, referred to as OWNER of the One Part.

And

Sumanta Banerjee, hereinafter referred to as PAYING GUEST of the Second Part.

Whereas the Owner is the absolute owner seized and possessed of and is occupying 47 G-58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter referred to as the SAID PREMISES.

And Whereas the Paying Guest has requested the Owner to allow him to use The Second Bedroom with adjoining bathroom, in the said premises for use as living accommodation, temporarily on the Terms and Conditions mentioned below ;

NOW THIS AGREEMENT WITNESSETH as follows :

Terms and conditions :-

Joint Exhibit
**122**
14-cv-00913(LTS)(OTW)

contd..p/2.

// 2 //

1. permission : Owner hereby agrees to permit paying Guest to use the above mentioned rooms in the said premises together with the use of the kitchen on Paying Guest basis.

2. Duration : The Paying Guest arrangement shall be for a period of time starting June 1, 2011, for a period of one year to be renewed hereafter on an annual basis with notification.

3. Security Deposit : The Paying Guest shall pay an initial interest free security deposit of 15,000 Rupees, only, which shall be refunded at the time of the Paying Guest vacating the room, after deduction of any dues and the cost of damages to any furniture or fixtures in the premises.

4. Monthly Charges : Paying Guest shall pay an amount of Rs. 15,000 monthly by the 5th of the month in advance. The monthly charges include the charges of the toilet, kitchen, all electricity and water charges and also maintenance charges. The following facilities are also included, Bedding and pillow.

5. Meals : Paying Guest will receive two meals a day, Breakfast and either one of Lunch or Dinner, daily.

6. Conditions : The Paying Guest shall strictly follow the below mentioned conditions of stay in the said premises.

   Alcohol : The Paying Guest will not consume any Alcohol at any time at the said premises.

   Smoking : The Paying Guest shall not smoke at any time at the said premises.

   Guest : The Paying Guest will advise owner of any guests that will be visiting.

7. Owner will refund the security deposit when the guest leaves, less any dues and fees.

   The term of this Agreement shall continue until cancelled.
   Date   June, 1, 2012.

*Hena Chatterjee*
Hena Chatterjee
Owner.

*Ste Ban—*
Sumanta Banerjee
Paying Guest.



पश्चिमबङ्গ पश्चिम बंगाल WEST BENGAL                     08AB 852311

PAYING GUEST ACCOMMODATION AGREEMENT

This Agreement made at Kolkata, West Bengal on June 1, 2011, Between Hena Chatterjee, with permanent residence 47-G 58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter, referred to as OWNER of the One Part.

And

Sumanta Banerjee, hereinafter referred to as PAYING GUEST of the Second Part.

Whereas the Owner is the absolute owner seized and possessed of and is occupying 47 G-58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter referred to as the SAID PREMISES.

And whereas the Paying Guest has requested the Owner to allow him to use The Second Bedroom with adjoining bathroom, in the said premises for use as living accommodation, temporarily on the Terms and Conditions mentioned below :

NOW THIS AGREEMENT WITNESSETH as follows :

Terms and Conditions :-

contd..p/2.

Case 1:14-cv-00913-LTS-OTW   Document 239-16   Filed 02/05/21   Page 4 of 8

// 2 //

1. **Permission :** Owner hereby agrees to permit Paying Guest to use the above mentioned rooms in the said premises together with the use of the kitchen on Paying Guest basis.

2. **Duration :** The Paying Guest arrangement shall be for a period of time starting June, 2011, for a period of one year to be renewed hereafter on an annual basis with notification.

3. **Security Deposit :** The Paying Guest shall pay an initial interest free security deposit of 15,000 Rupees, only, which shall be refunded at the time of the paying Guest vacating the room, after deduction of any dues and the cost of damages to any furniture or fixtures in the premises.

4. **Monthly charges :** Paying Guest shall pay an amount of Rs. 15,000 monthly by the 5th of the month in advance. The monthly charges include the charges of the toilet, kitchen, all electricity and water charges and also maintenance charges. The following facilities are also included, Bedding and pillow.

5. **Meals :** Paying Guest will receive two meals a day, breakfast and either one of Lunch or Dinner, daily.

6. **Conditions :** The Paying Guest shall strictly follow the below mentioned conditions of stay in the said premises.

   Alcohol : The Paying Guest will not consume any Alcohol at any time at the said premises.

   Smoking : The Paying Guest shall not smoke at any time at the said premises.

   Guest : The Paying Guest will advise owner of any guests that will be visiting.

7. Owner will refund the security deposit when the guest leaves, less any dues and fees.

   The term of this Agreement shall continues until cancelled.

   Dated June 1, 2013.

   _Hena Chatterjee_
   Hena Chatterjee
   Owner.

   _Sumanta Banerjee_
   Sumanta Banerjee
   Paying Guest.



WEST BENGAL                                                08AB 852314

## PAYING GUEST ACCOMMODATION AGREEMENT

This Agreement made at Kolkata, West Bengal on June 1, 2011, Between Hena Chatterjee, with permanent residence 47-G 58/1, Ballygunge Circular Road, Kolkata- 700019, West Bengal, hereinafter, referred to as OWNER of the One Part.

And

Sumanta Banerjee, hereinafter referred to as PAYING GUEST of the Second Part.

Whereas the Owner is the absolute owner seized and possessed of and is occupying 47 G-58/1, Ballygunge Circular Road, Kolkata- 700019, West Bengal, hereinafter referred to as the SAID PREMISES.

And Whereas the Paying Guest has requested the Owner to allow him to use The Second Bedroom with adjoining bathroom, in the said premises for use as living accommodation, temporarily on the Terms and Conditions mentioned below ;

NOW THIS AGREEMENT WITNESSETH as follows :
Terms and conditions :-

contd..p/2.

1. permission : Owner hereby agrees to permit paying Guest to use the above mentioned rooms in the said premises together with the use of the kitchen on Paying Guest basis.

2. Duration : The Paying Guest arrangement shall be for a period of time starting June 1, 2011, for a period of one year to be renewed hereafter on an annual basis with notification.

3. Security Deposit : The Paying Guest shall pay an initial interest free security deposit of 15,000 Rupees, only, which shall be refunded at the time of the Paying Guest vacating the room, after deduction of any dues and the cost of damages to any furniture or fixtures in the premises.

4. Monthly Charges : Paying Guest shall pay an amount of Rs. 15,000 monthly by the 5th of the month in advance. The monthly charges include the charges of the toilet, kitchen, all electricity and water charges and also maintenance charges. The following facilities are also included, bedding and pillow.

5. Meals : Paying Guest will receive two meals a day, breakfast and either one of Lunch or Dinner, daily.

6. Conditions : The Paying Guest shall strictly follow the below mentioned conditions of stay in the said premises.

    Alcohol : The Paying Guest will not consume any Alcohol at any time at the said premises.

    Smoking : The Paying Guest shall not smoke at any time at the said premises.

    Guest : The Paying Guest will advise owner of any guests that will be visiting.

7. Owner will refund the security deposit when the guest leaves, less any dues and fees.

    The term of this Agreement shall continue until cancelled,

    Dated June 1, 2014.

*Hena Chatterjee*
Hena Chatterjee
Owner

*Sumanta Banerjee*
Sumanta Banerjee
Paying Guest.



WEST BENGAL                                                    08AB 852313

## PAYING GUEST ACCOMMODATION AGREEMENT

This Agreement made at Kolkata, West Bengal on June 1, 2011. Between Hena Chatterjee, with permanent residence 47-G 58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter, referred to as OWNER of the One Part.

And

Sumanta Banerjee, hereinafter referred to as PAYING GUEST of the Second Part.

Whereas the Owner is the absolute owner seized and possessed of and is occupying 47 G-58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, hereinafter referred to as the SAID PREMISES.

And Whereas the Paying Guest has requested the Owner to allow him to use The Second Bedroom with adjoining bathroom, in the said premises for use as living accommodation, temporarily on the Terms and Conditions mentioned below ;

NOW THIS AGREEMENT WITNESSETH as follows :

Terms and Conditions :-

contd..p/2.

// 2 //

1. Permission : Owner hereby agrees to permit Paying Guest to use the above mentioned rooms in the said premises together with the use of the kitchen on Paying Guest basis.

2. Duration : The Paying Guest arrangement shall be for a period of time starting June 1, 2011, for a period of one year to be renewed hereafter on an annual basis with notification.

3. Security Deposit : The Paying Guest shall pay an initial interest free security deposit of 15,000 Rupees, only, which shall be refunded at the time of the Paying Guest vacating the room, after deduction of any dues and the cost of damages to any furniture or fixtures in the premises.

4. Monthly charges : Paying Guest shall pay an amount of Rs. 15,000 monthly by the 5th of the month in advance. The monthly charges include the charges of the toilet, kitchen, all electricity and water charges and also maintenance charges. The following facilities are also included, bedding and pillow.

5. Meals : Paying Guest will receive two meals a day, breakfast and either one of Lunch or Dinner, daily.

6. Conditions : The Paying Guest shall strictly follow the below mentioned conditions of stay in the said premises.

   Alcohol : The Paying Guest will not consume any Alcohol at any time at the said premises.

   Smoking : The Paying Guest shall not smoke at any time at the said premises.

   Guest : The Paying Guest will advise owner of any guests that will be visiting.

7. Owner will refund the security deposit when the guest leaves, less any dues and fees.

The terms of this Agreement shall continue until cancelled.

Dated June 1, 2015.

_Hena Chatterjee_
Hena Chatterjee
Owner.

_Sumanta Banerjee_
Sumanta Banerjee
Paying Guest.