UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADIS & GOLDBERG, LLP

       Plaintiff

vs.

SUMANTA BANERJEE

       Defendant

Case no :14-cv-000913 (LTS)

## AFFIDAVIT OF ANANT J. GANDHI

1. I, Anant J. Gandhi, am a United States citizen residing in Canonsburg, PA.

2. In the summer of 2012, my daughter, Akshita Banerjee, separated from her husband, Sumanta Banerjee.

3. At that time, they decided, that all the US assets were considered to be her property to be used as she deemed fit. This included the house in Weston as well as their investment accounts. Conversely, the assets that belonged to Sumanta and his family were to be solely owned by Sumanta and/or his family. Also, Sumanta agreed to support the family, monetarily, as needed. Akshita was planning to return to work.

4. In the fall of 2012, Akshita and my grandchildren moved in with us until she could secure employment and other dwellings. At that time, my wife and I lived at 304 Harvester Circle, in Pittsburgh.

5. In 2013, she got a job at UPMC and I helped her to buy a plot of land so that she could build a house for herself and my grandkids. Akshita and I jointly own that house, 1514 Cook School Road.

**Joint Exhibit**
**123**
14-cv-00913(LTS)(OTW)

6. In 2013, my wife and I also decided to purchase a condo in Canonsburg, so that my wife and I could move in there after my daughter and grandkids were settled into their house. My wife suffers from chronic arthritis and one floor maintenance free (HOA maintained the outside) living was what we both wanted.

7. The house was completed in November 2014 and my daughter moved into the house in the late 2014. Around the same time, I listed my house for sale and planned to move once my house was sold.

8. During the period-September of 2012 (when my daughter moved in temporarily to my house) and November 2014, my son-in-law would occasionally visit the kids but did not stay with us. He stayed with his relatives in Pittsburgh or near Philadelphia.

9. When my daughter and her husband had moved to India in 2009, they gave me the Power of Attorney for the CT house and also ZBAC LLC so that I could handle a house sale, should the house sell and they could not return in time to close the transaction. The CT house was rented in 2013 and was sold after a couple of years.

10. My son-in-law helped my daughter with the house building if he was visiting Pittsburgh since my daughter was working full time. He drove my car when he visited Pittsburgh (both the registration and insurance were in my name).

11. I am of the understanding that they started reconciling in late 2015 and that Sumanta moved back in with the family in mid-2016 sometime.

Respectfully submitted,

Anant Gandhi
Canonsburg, PA  15317

State of Pennsylvania   Washington County

So Notarized _Joan E Watson_
JOAN E WATSON

Apeared Anant J Gandhi         February 25, 2020

Commonwealth of Pennsylvania - Notary Seal
Joan E. Watson, Notary Public
Allegheny County
My commission expires July 24, 2022
Commission number 1284602
Member, Pennsylvania Association of Notaries