IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADIS & GOLDBERG, LLP | CASE NO. 14-CV-0913-LTS |
| Plaintiff, | |
| v. | SUGGESTION OF BANKRUPTCY |
| SUMANTA BANERJEE, | |
| Defendant. | |

Filed on behalf of Defendant,
Sumanta Banerjee

Bankruptcy Counsel of Record:

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159
223 Fourth Ave., 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 06/01/2021 at 11:52 AM and filed on 06/01/2021.

**Sumanta Banerjee**
1514 Cook School Road
Pittsburgh, PA 15241
SSN / ITIN: xxx-xx-5580



The case was filed by the debtor's attorney:

**Robert O Lampl**
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
412-392-0330

The case was assigned case number 21-21306.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael R. Rhodes**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/01/2021 15:49:29 |

| PACER Login:    | robertolampl19809:2624192:0 | Client Code:        |                 |
|-----------------|------------------------------|---------------------|-----------------|
| Description:    | Notice of Filing             | Search Criteria:    | 21-21306        |
| Billable Pages: | 1                            | Cost:               | 0.10            |

**IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

**SADIS & GOLDBERG, LLP**           **CASE NO. 14-CV-0913-LTS**

    **Plaintiff,**

**v.**

**SUMANTA BANERJEE,**

    **Defendant.**

## CERTIFICATE OF SERVICE

Robert O Lampl, hereby certifies that on the 1st day of June, 2021 a true and correct copy of the foregoing **SUGGESTION OF BANKRUPTCY** was served upon the following

*(via Email):*

Ben Hutman
Sadis & Goldberg
551 Fifth Avenue, 21st Floor
New York, NY 10176
Email: bhutman@sadis.com

Douglas R. Hirschi
Sadis & Goldberg
551 Fifth Avenue, 21st Floor
New York, NY 10176
Email: dhirsch@sadis.com

Jennifer Amy Rossan
Sadis & Goldberg
551 Fifth Avenue, 21st Floor
New York, NY 10176
Email: jrossan@sadis.com

Date: <u>June 1, 2021</u>  /s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159
223 Fourth Ave., 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com