UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

            Plaintiff,

      -against-

SUMANTA BANERJEE,

            Defendant.

------------------------------------------------------------x

14-CV-913 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the Suggestion of Bankruptcy filed on Defendant's behalf on June 1, 2021, this action is automatically **STAYED** pursuant to 11 U.S.C. § 362(a). Plaintiff shall file a status letter regarding the bankruptcy proceeding on **September 1, 2021 and every 90 days thereafter**.

**SO ORDERED.**

Dated: June 3, 2021
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge