

Ben Hutman
212.573.6675
bhutman@sadis.com
www.sadis.com

September 1, 2021

**VIA ECF & EMAIL**
The Hon. Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Sadis & Goldberg, LLP v. Sumanta Banerjee*, Dkt. No. 14-cv 00913(LTS)(OTW)
          Status Letter

Dear Judge Wang,

    In accordance with the Court's June 3, 2021, the Plaintiff provides this status letter regarding the bankruptcy proceeding filed by Defendant in the Western District of Pennsylvania. On July 2, 2021, Defendant completed his Form 106 filing. The initial Section 341 meeting of creditors had been scheduled for August 23, 2021. However, it has since been pushed off and rescheduled for September 27, 2021.

    Respectfully submitted,

    By:    /s/ Ben Hutman
    Ben Hutman
    SADIS & GOLDBERG, LLP
    551 5th Avenue, 21st Floor
    New York, New York 10176
    (212) 573-6675
    *Counsel for Plaintiff*