



 **S A D I S**

# OUR PRACTICE AREAS

BLOCKCHAIN TECHNOLOGY & DIGITAL ASSETS　　+

CORPORATE　　+

FAMILY OFFICE　　+

INVESTMENT FUNDS　　+

LITIGATION, ARBITRATION & INVESTIGATIONS　　+

REAL ESTATE　　+

REGULATORY COMPLIANCE　　+

TAX & ERISA　　+



# RECENT AWARDS

‹　›

Cite in Sadis Goldberg v Banerjee 14-v913 Decided 1/15/20 Archived on 1/23/20 This document is protected by copyright. Further reproduction is prohibited without permission.



SADIS



SEE ALL AWARDS

FEATURED NEWS



Cited in Sadis Goldberg v. Banerjee
14CV913 Decided 1/15/20

Archived on 1/23/20

This document is protected by copyright.
Further reproduction is prohibited without permission.



SADIS

  

| SEC Releases 2020 Regulatory and Exam Priorities Letter | SEC Proposes Amendments to the "Accredited Investor" Definition | Treasury Department and IRS Issue Final Regulations on Investing in Qualified Opportunity Funds |



UPCOMING EVENTS

JAN
28

Business Breakfast Meeting
Jan 28, 2020

Cited in Sadis Goldberg v Banerjee 14Cv913 Decided 1/15/20
Archived on 1/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



# OUR ATTORNEYS













James Ancone
Counsel

Yehuda Braunstein
Partner

Robert Cromwell
Counsel

Danielle Epstein-Day
Partner

Paul D. Fasciano
Partner

**MEET OUR ATTORNEYS**

Cited in Sadis Goldberg v Banerjee
44 V918 Decided 1/23/20
Archived on 1/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.







SADIS

## REACH OUT TO OUR STAFF OF SEASONED ATTORNEYS.

551 Fifth Avenue, 21st Floor

New York, New York

212.947.3793

CONTACT US

Cited in Sadis Goldberg v Banerjee
14CV913 Decided 4/15/20
Archived on 1/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

## SUBSCRIBE

Sign up with your email address to receive news and updates.

Email Address | SIGN UP

We respect your privacy.

### ABOUT US

FIRM OVERVIEW
FIRM HISTORY
AWARDS

### ATTORNEYS

ATTORNEYS

### PRACTICE AREAS

BLOCKCHAIN TECHNOLOGY & DIGITAL ASSETS

### EVENTS & SEMINARS

EVENTS & SEMINARS

# SADIS

INVESTMENT
FUNDS

LITIGATION,
ARBITRATION &
INVESTIGATIONS

REAL ESTATE

REGULATORY
COMPLIANCE

TAX & ERISA

NEWS & ALERTS

PRESS

PUBLICATIONS

VIDEOS

## CONTACT

CONTACT US



**SADIS & GOLDBERG LLP**

551 Fifth Avenue, 21st Floor | New York, NY 10176 | 312.947.3793 | info@sadis.com

© 2019 ALL RIGHTS RESERVED | SITE BY FIVE8



Cited in Sadis Goldberg V Banerjee
14CV913 Decided 1/15/20
Archived on 1/23/2020
This document is protected by copyright.
Further reproduction is prohibited without permission.

