UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SADIS & GOLDBERG, LLP,

                Plaintiff,

         -against-

SUMANTA BANERJEE,

                Defendants.

------------------------------------------------------------x

No. 14-CV-913 (LTS)(OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court's previous Order in this case directed Plaintiff to file a status letter every 90 days. *See* ECF 249. Plaintiff has not filed a status letter in accordance with the Court's Order since December of 2021.

Plaintiff is directed to file a status letter by **July 15, 2022**, informing the Court of the status of this case.

**SO ORDERED.**

Dated: July 11, 2022
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge